

written consent, which shall not be unreasonably withheld or delayed, of the Indemnifier; provided, however, that if suit shall have been instituted against the Claimant and the Indemnifier shall not have taken control of such suit after notification thereof as provided in this section 11, the Claimant shall have the right to settle or compromise such claim upon giving notice to the Indemnifier as provided in this section 11.

11.4 <u>Defense by the Indemnifier.</u>
In connection with any claim which may give rise to indemnity hereunder resulting from or arising out of any claim or legal proceeding by a person other than the Claimant, the Indemnifier, at the sole cost and expense of the Indemnifier may upon written notice to the Claimant assume the defense of any such claim or legal proceeding if the Indemnifier acknowledges to the Claimant in writing the obligation of the Indemnifier to indemnify the Claimant with respect to all elements of such claim. If the Indemnifier assumes the defense of any such claim or legal proceeding, the Indemnifier shall select counsel reasonably acceptable to the Claimant to conduct the defense of such claims or legal proceedings and at the sole cost and expense of the Indemnifier shall take all steps necessary in the defense or settlement thereof. The Indemnifier shall not consent to a settlement of or the entry of any judgment arising from any such claim or legal proceeding, without the prior written consent of the Claimant, which consent shall not be unreasonably withheld or delayed. The Claimant shall be entitled to participate in but not control the defense of any such action, with its own counsel and at its own expense. If the Indemnifier does not assume the defense of any such claim or litigation resulting therefrom within twenty (20) days after the date such claim is made: (a) the Claimant may defend against such claim or litigation in such manner as it may deem appropriate, including, but not limited to, settling such claim or litigation, after giving notice of the same to the Indemnifier on such terms as the Claimant may deem appropriate; and (b) the Indemnifier shall be entitled to participate in, but not control, the defense of such action, with its counsel and at its own expense. If the Indemnifier thereafter seeks to question the manner in which the Claimant defended such third party claim or the amount or nature of any such settlement, the Indemnifier shall have the burden to prove by a preponderance of the evidence that the Claimant did not defend or settle such third party claim in a reasonably prudent manner.

11.5 <u>Rights.</u>
In the event that either LMI or Laidlaw is entitled to

- 23 -



indemnification as provided by this section 11, then such party shall have the right to set-off the entire amount or any part thereof against an amount, if any, which may be owing by such party to the other under this Agreement. No right or remedy conferred or reserved in this Agreement shall be exclusive of any other right or remedy, and all such rights and remedies shall be cumulative.

## 12.0 PAYMENTS

**12.1 Payment of Royalties.**
Royalties shall be payable quarterly, and payment shall be accompanied by a schedule describing the calculation of the payment.

**12.2 Approval of Payments for Services (other than Royalties).**
Payments will be made only upon the approval by Laidlaw of valid invoices submitted in accordance with the terms of this Contract, and shall be due 30 days after Laidlaw's receipt of such invoice or acceptance of the invoiced Product, whichever is later.

**12.3 Invoices.**
IMI shall render all invoices in quadruplicate for payment when due. Invoices shall be mailed to: Laidlaw Transit, Inc., 3221 North Service Road, Burlington, Ontario, Canada L7R 3Y8. Laidlaw's specification number, contract number, and project name shall appear on all invoices.

**12.4 IMI's and Shareholder's Responsibility.**
Full payment by Laidlaw shall not release IMI or Shareholder from their responsibilities to fully carry out their respective obligations under this Contract.

**12.5 Taxes.**
Any sales or use taxes attributable to the payments to be made by Laidlaw to IMI pursuant to this Contract are included in the contract price, and are payable by IMI. Apart from the foregoing, each party to this Contract will be responsible for any sale, use or personal property taxes attributable to that party's own business activities subsequent to the date of this Contract.

## 13.0 INCIDENTAL AND CONSEQUENTIAL DAMAGES

LAIDLAW SHALL NOT BE LIABLE FOR INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, COMMITMENTS TO SUBCONTRACTORS, RENTAL OR LEASE AGREEMENTS, AND PERSONAL

– 24 –

**EXHIBIT A**

**Page 24 of 93**



SERVICE CONTRACTS, UNLESS EXPRESSLY AUTHORIZED IN WRITING BY LAIDLAW.

14.0 **DEFAULT**

14.1 Events of Default By LMI.
Any one or more of the following events shall constitute an Event of Default on the part of LMI (whether any such Event of Default shall be voluntary or involuntary or be effected by operation of law or pursuant to or in compliance with any judgement, decree or order of any court or any order, rule or regulation of any administrative or governmental body):

(a) the failure by LMI to perform or observe any of the covenants, conditions or agreements to be performed or observed by LMI;

(b) the failure by Edulog to perform or observe any of the covenants, conditions or agreements to be performed or observed by Edulog pursuant to any agreement with Laidlaw;

(c) the making of any representation or warranty by LMI herein or in any document or certificate furnished to Laidlaw in connection herewith which shall prove at any time to be materially incorrect, as of the date made;

(d) the making of any representation or warranty by Edulog to Laidlaw which shall prove at any time to be materially incorrect, as of the date made;

(e) the making of any order or the passage of a resolution for the liquidation or the winding-up of LMI or Edulog;

(f) the making by LMI or Edulog of a proposal or general assignment for the benefit of its creditors, or other acknowledgement of its insolvency, or the insolvency of either LMI or Edulog;

(g) the appointment of a receiver, receiver-manager, or receiver and manager of LMI or Edulog or any part of the property or assets of either;

(h) the enforceability of any execution, sequestration, extent or any other process of any court against LMI or Edulog or the levy of a distress or analogous process upon the property or assets of either or any part thereof unless the execution, sequestration,

— 25 —

**EXHIBIT A**

**Page 25 of 93**



extent or other process of the court or distress or
analogous process is in good faith disputed by LMI
or Edulog, as the case may be, and LMI or Edulog
gives adequate security satisfactory to Laidlaw to
pay in full the amount claimed.

14.2 <u>Remedies Upon Default by LMI.</u>
Upon the occurrence of any Event of Default set forth in
subsections (a) to (d) inclusive of section 14.1, Laidlaw
shall give written notice to LMI specifying the default
and providing that LMI must cure the default within
thirty (30) days or Laidlaw may, in its discretion,
declare this Contract to be in default. Upon the
occurrence of any Event of Default set forth in
subsection (e) to (h) inclusive of section 14.1, Laidlaw
may, in its discretion, forthwith declare this Contract
to be in default. At any time thereafter, while LMI or
Edulog shall not have remedied all outstanding Events of
Default set forth in section 14.1 Laidlaw, at its
discretion and subject to compliance with any mandatory
requirements of applicable law then in effect, may:

   (a)  terminate any of its obligations hereunder;

   (b)  demand delivery to it of the Product and Source Code
       held in escrow pursuant to the provisions of the
       Escrow Agreement described in section 9.4;

   (c)  exercise any or all of its remedies under this
       Contract or otherwise available to it.

14.3 <u>Events of Default By Laidlaw.</u>
Any one or more of the following events shall constitute
an Event of Default on the part of Laidlaw (whether any
such Event of Default shall be voluntary or involuntary
or be effected by operation of law or pursuant to or in
compliance with any judgement, decree or order of any
court or any order, rule or regulation of any
administrative or governmental body):

   (a)  the failure by Laidlaw to perform or observe any of
       the covenants, conditions or agreements to be
       performed or observed by Laidlaw hereunder;

   (b)  the making of any representation or warranty by
       Laidlaw herein or in any document or certificate
       furnished to LMI in connection herewith which shall
       prove at any time to be materially incorrect, as of
       the date made;

   (c)  the making of any order or the passage of a
       resolution for the liquidation or the winding-up of

- 26 -

EXHIBIT A

Page 26 of 93

Laidlaw;

(d) the making by Laidlaw of a proposal or general assignment for the benefit of its creditors, or other acknowledgement of its insolvency, or the insolvency of Laidlaw;

(e) the appointment of a receiver, receiver-manager, or receiver and manager of Laidlaw or any part of its property or assets;

(f) the enforceability of any execution, sequestration, extent or any other process of any court against Laidlaw or the levy of a distress or analogous process upon its property or assets or any part thereof unless the execution, sequestration, extent or other process of the court or distress or analogous process is in good faith disputed by Laidlaw and Laidlaw gives adequate security satisfactory to Laidlaw to pay in full the amount claimed.

14.4 <u>Remedies Upon Default by Laidlaw.</u>
Subject to the provisions of section 14.5, upon the occurrence of any Event of Default set forth in section 14.3, LMI shall give written notice to Laidlaw specifying the default and providing that Laidlaw must cure the default within thirty (30) days or LMI may, in its discretion, declare this Contract to be in default. At any time thereafter, while Laidlaw shall not have remedied all outstanding Events of Default on the part of Laidlaw, LMI, at its discretion and subject to compliance with any mandatory requirements of applicable law then in effect, may:

(a) terminate the exclusivity of the license granted pursuant to section 2.2;

(b) exercise any or all of its remedies under this Contract or otherwise available to it.

14.5 Notwithstanding the provisions of section 14.0 or anything else contained in this Contract, upon payment of the sum of US $1,500,000.00 pursuant to section 4.1 hereof, no Event of Default on the part of Laidlaw or any other matter or occurrence shall negate or adversely affect or give rise to the right of termination or diminuition of: (a) the grant of perpetual and irrevocable non-exclusive license contained in section 2.1 (the "Non-Exclusive License"), which license shall be fully and completely and perpetually vested in Laidlaw upon payment of such amount, or (b) the rights and

— 27 —



benefits related to the Non-Exclusive License, including
without limitation those matters described in section 4.1
and elsewhere in this Contract.

14.6 **Remedies Non-Exclusive.** No remedy herein is intended to be exclusive. Each and
every remedy shall be cumulative and shall be in addition
to every other remedy given hereunder or now or hereafter
existing at law or in equity or by statute or otherwise.
The exercise or commencement of exercise by a party of
any one or more of such remedies shall not preclude the
simultaneous or later exercise by such party of any or
all other such remedies.

## 15.0 FIRST RIGHT OF REFUSAL

Concurrently with the execution of this Contract, LMI
shall grant and hereby does grant to Laidlaw a first right of
refusal to purchase its rights and interests in and to the
Product, and shall cause Edulog to grant to Laidlaw a first right
of refusal to purchase Edulog's rights and interests in and to
the Product, in accordance with the provisions of Schedule E
hereto.

## 16.0 NON COMPETITION

16.1 During the currency of the grant of exclusive license to
Laidlaw described in section 2.2 of this Contract, and so
long as LMI is not in default hereunder, Laidlaw will not
enter into licensing agreements with other software
developers whereby Laidlaw is granted the license to use
other school bus routing software which performs similar
functions as the Product. Notwithstanding the foregoing,
Laidlaw shall be entitled to modify or develop the
Product software and applications programs, and shall be
entitled to ownership of all such modifications and
developments.

16.2 During such period of time as Laidlaw is licensee of the
Product, LMI and its affiliates and related parties and
Shareholders will not directly or indirectly compete with
Laidlaw in the provision of school bus contractor
services.

## 17.0 FORCE MAJEURE

Neither party shall be responsible for delays or failure
in performance resulting from acts beyond the control of such
party. Such acts shall include but are not limited to acts of

– 28 –

**EXHIBIT A**

**Page 28 of 93**



God, riots, acts of War, epidemics, fire, earthquakes, or other disasters. LMI shall promptly notify Laidlaw of any delay due to reasons beyond its control, and the expected duration of such delay. Re-assignment, resignation, or incapacity of assigned personnel are specifically excluded from consideration as force majeure.

### 18.0 NONWAIVER

No term or provision hereof shall be deemed waived nor any breach excused, unless such waiver or excuse shall be in writing and signed by the party claimed to have waived or excused. Any consent by any party to, or waiver of, a breach by the other party, whether express or implied, shall not constitute a consent to, waiver of, or excuse for any other or subsequent breach.

### 19.0 LAWS, REGULATIONS

All material furnished hereunder shall be so designed and constructed that when installed it will comply with all applicable federal, state, provincial and local laws, rules and regulations, including, but not limited to, "Occupational Safety and Health Standards", promulgated by the U.S. Secretary of Labor and Safety Orders of any competent state agency or department having jurisdiction. All expenses incurred in complying with these requirements are understood to be included in the Contract price.

### 20.0 SHAREHOLDER'S OBLIGATIONS

In consideration of the premises, of Laidlaw entering into this Contract, (which the Shareholder represents to Laidlaw is to his benefit), and of the sum of ten dollars and other good and valuable consideration now paid by Laidlaw to the Shareholder (the receipt and sufficiency of each of which as separate consideration is hereby acknowledged by the Shareholder), the Shareholder jointly and severally joins in with LMI in making the representations, warranties and covenants on the part of LMI made herein, and covenants and agrees with Laidlaw to indemnify and hold harmless Laidlaw from and against any and all claims, damages, loses, liabilities, costs and expenses (including without limitation settlement costs and any legal fees, court costs, accounting costs, investigation costs, or other expenses for any actions or threatened actions) incurred or experienced by Laidlaw as a result of any misrepresentation or breach of warranty, covenant or agreement herein contained by or on the part of LMI. The provisions of section 11.3 and 11.4 shall apply <u>mutatis mutandis</u> to a claim of indemnity made hereunder.

- 29 -

Shareholder will cause Edulog to perform those acts and matters ascribed to Edulog herein or indicated to be undertaken by Edulog hereunder.

21.0 **PREPAID COMMUNICATIONS**

Any prepaid communications directed to either party at its address given in this Contract and mailed postage prepaid first class registered mail shall constitute sufficient service for all purposes connected with this Contract.

22.0 **JURISDICTION**

The rights and obligations of the parties arising out of this Contract shall be governed and interpreted in all respects by the laws of the State of Washington. Any controversy or claim arising out of or in any way relating to this Contract which cannot be amicably settled without court action shall be determined by a single arbitrator jointly appointed by Laidlaw and LMI, provided that any matters hereunder requiring litigation shall be litigated in a Washington State Court of competent jurisdiction; or if jurisdiction over the action cannot be obtained in a Washington State Court, in a Federal Court of competent jurisdiction situated in the State of Washington.

23.0 **UNIFORM COMMERCIAL CODE APPLICABILITY**

Except to the extent that the provisions of this Contract are clearly inconsistent therewith, this Contract shall be governed by any applicable provisions of the Washington Uniform Commercial Code. To the extent that this Contract entails delivery or performance of services, such services shall be deemed "goods" within the meaning of the Washington Uniform Commercial Code, except when to so deem such services as "goods" would result in an absurdity.

24.0 **ENFORCEABILITY**

In the event that any of the provisions, or application of any of the provisions, of this Contract are held to be unenforceable or invalid by a court of competent jurisdiction, the validity and enforceability of the remaining provisions, or portions of application thereof, shall not be affected.

25.0 **HEADINGS AND SUBHEADINGS**

The headings and subheadings contained in this Contract

- 30 -

are used solely for convenience and do not constitute a part of this agreement between the parties hereto nor should they be used to aid in any manner in the construction of this Contract.

26.0    **ASSIGNMENT**

26.1    Restriction on Assignment. Neither LMI nor Laidlaw shall assign its rights or delegate its duties under this Contract, except as authorized herein, without the prior written consent of the other party. Any assignment attempted in violation of this provision shall be null and void.

26.2    Laidlaw's Right to Assign or Sub-license. Notwithstanding the provisions of section 25.1, Laidlaw Transit, Inc. shall be entitled to assign or sublicense its rights under this Contract to any subsidiary or affiliate of Laidlaw Transit, Inc., provided that:

(a)    such subsidiary or affiliate agrees in writing with LMI to be bound, and is bound, by all of the representations, warranties, covenants and agreements on the part of Laidlaw herein contained; and

(b)    Laidlaw Transit, Inc. shall not thereby be released from any of its obligations pursuant to this Contract, and Laidlaw Transit, Inc. hereby so agrees.

26.3    LMI's Right to Assign. Notwithstanding the provisions of section 25.1, LMI shall be entitled to assign its rights under this Contract to Edulog, provided that Edulog agrees in writing with Laidlaw to be bound, and is bound, by all of the representations, warranties, covenants and agreements on the part of LMI herein contained, and LMI shall not thereby be released from any of its obligations pursuant to this Contract, and LMI so agrees.

27.0    **SURVIVAL OF REPRESENTATIONS, WARRANTIES AND COVENANTS**

Each statement of fact contained herein or in any statement, certificate or schedule or other document delivered, made or given by or on behalf of LMI or the Shareholder, pursuant to this Contract, shall be deemed a representation and warranty of LMI and Shareholder. All covenants, agreements, representations and warranties made, shall survive the execution of this Agreement and the completion of the transactions contemplated herein, and shall be binding and enforceable

- 31 -

EXHIBIT A

Page 31 of 93



regardless of any investigation at any time made or any information Laidlaw, or its officers, directors, employees, agents or advisors, may at any time have or have had with respect thereto.

28.0 **JOINT AND SEVERAL**

The representations, warranties, covenants, agreements, obligations, guaranties and indemnities given or made pursuant hereto by IMI and Shareholder and each of them shall be joint and several.

29.0 **FURTHER ACTS**

IMI and Shareholder shall do, and shall cause Edulog to do, all such further acts and things, and execute and deliver such documents and assurances, and effect such registrations (including, without limitation, registration of Edulog's copyright in the Software, the rights in such Software granted to Laidlaw herein, and the rights in such Software granted by Edulog to IMI), as may reasonably be requested by Laidlaw to carry out, implement, give notice of, or perfect the matters and things described herein and the rights granted hereby. Laidlaw shall bear the cost of the registration of the copyright in the Software. and the licenses of such copyright, but shall be entitled to select and direct any counsel or other professional advisors engaged in effecting such registrations.

30.0 **INTEGRATION**

This Contract contains the entire agreement and understanding between the parties as to the subject matter of the Contract. It merges and supersedes all prior agreements, commitments, representations, writings, and discussions between IMI and Laidlaw, whether oral or written, and has been induced by no representations, statements or agreements other than those expressed herein. Neither IMI nor Laidlaw shall be bound by any prior obligations, conditions, warranties or representations with respect to the subject matter of this Contract.

IN WITNESS WHEREOF, this Contract has been signed and delivered as of the date first above written.

LOGISTICS MANAGEMENT, INC.

Per: _____
President

- 32 -

**EXHIBIT A**

**Page 32 of 93**



SIGNED, SEALED and DELIVERED
in the presence of

X_____
Signature

_Greg L Hanson_
Name (Printed)

_199 W Pine Missoula MT_
Address

_attorney_
Occupation

Hien Nguyen

LAIDLAW TRANSIT, INC.

Per: _____

LTLAEDULOG.E4
29/06/92

- 33 -

**EXHIBIT A**

**Page 33 of 93**

## SCHEDULE A

### Particulars of Litigation

**EXHIBIT A**

**Page 34 of 93**

*HW*

## SCHEDULE A

Education Logistics, Inc. has brought suit against Ecotran Systems, Inc. a delaware Corporation, and Steven Hill in the Montana Fourth Judicial Court, Missoula, MT, Cause No. 73063. Hill was a former sale representative of Edulog who left to join Ecotran. Hill took with him some of Edulog's confidential information regarding potential clients and used that information in an attempt to obtain business for Ecotran. In this suit, Edulog seeks to recover from Edulog and Hill losses of Edulog's confidential information. Hill has counterclaimed against Edulog alleging Edulog wrongfully terminated his employment and that Edulog owes him certain wages and expenses. Edulog denies the validity of Hill's claim.

In June 1991 Edulog terminated the employment of Pankaj Garg, a citizen of India, when Garg's authorization to work in the United States expired. Garg has brought a claim against Edulog and Logistic Systems Inc., alleging that the companies should have assisted him in obtaining an extended work authorization and that the companies owe him certain back wages and expenses. The companies deny Garg's allegation. The matter has been presented to an arbitrator agreed upon by the parties, and a decision is expected within 30 days.



## SCHEDULE B

### Regional Price Schedule



## SCHEDULE  B

License Cost is an Average price with each region balanced as a percentage of that amount. This Schedule is to be updated on September 1, 1992 and annually thereafter.

| | STUDENT ENROLLMENT | | | |
|---|---|---|---|---|
| | 1-5000 | 5000-10000 | 10000-15000 | 15000-20000 |
| **LICENSE COST** | $7,500 | $10,500 | $13,500 | $15,500 |
| **REGION** | | | | |
| **NORTHEAST** | 90% | 90% | 90% | 90% |
| **MID-ATLANTIC** | 90% | 90% | 90% | 90% |
| **NEW ENGLAND** | 90% | 90% | 90% | 90% |
| **MIDWEST** | 100% | 100% | 100% | 100% |
| **NORTHWEST** | 100% | 100% | 100% | 100% |
| **MID-PACIFIC** | 100% | 100% | 100% | 100% |
| **SOUTHWEST** | 100% | 100% | 100% | 100% |
| Texas | 85% | 85% | 85% | 85% |
| **SOUTHEAST** | 100% | 100% | 100% | 100% |
| **CANADA** | 110% | 110% | 110% | 110% |
| | | | | |

C:\wpwin\JohnA\License

**EXHIBIT A**

**Page 37 of 93**

HOW

**STUDENT ENROLLMENT**

| | 20000-25000 | 25000-30000 | 30000-35000 |
|---|---|---|---|
| **LICENSE COST** | $16,500 | $18,000 | $18,750 |
| **REGION** | | | |
| **NORTHEAST** | 90% | 90% | 90% |
| **MID-ATLANTIC** | 90% | 90% | 90% |
| **NEW ENGLAND** | 90% | 90% | 90% |
| **MIDWEST** | 100% | 100% | 100% |
| **NORTHWEST** | 100% | 100% | 100% |
| **MID-PACIFIC** | 100% | 100% | 100% |
| **SOUTHWEST** | 100% | 100% | 100% |
| Texas | 85% | 85% | 85% |
| **SOUTHEAST** | 100% | 100% | 100% |
| **CANADA** | 110% | 110% | 110% |
| | | | |



## STUDENT ENROLLMENT

| | 25000-40000 | 40001 |
|---|---|---|
| LICENSE COST | $19,500 | To be determined |
| REGION | | |
| NORTHEAST | 90% | |
| MID-ATLANTIC | 90% | |
| NEW ENGLAND | 90% | |
| MIDWEST | 100% | |
| NORTHWEST | 100% | |
| MID-PACIFIC | 100% | |
| SOUTHWEST | 100% | |
| Texas | 85% | |
| SOUTHEAST | 100% | |
| CANADA | 110% | |
| | | |

## SCHEDULE C

### Particulars of LMI and Edulog Customers

*HAN.*

# edulog

## EDUCATION LOGISTICS, INC.

RECEIVED JUN 2 2 1992

## Complete User List

**Abbotsford School District #34**
31759 King Road
Clearbrook, BC V2T 4M7
CANADA
   Jerry Harding
   Transportation Manager
   (604) 859-4891
Total Students: 15,000
Square Miles: N/A
Implemented: 1990

**Adams County School District #12**
**(Northglenn-Thornton)**
414 144th Avenue
Broomfield, CO 80020
   Virginia Stanek
   Executive Director
   (303) 452-6553
Total Students: 20,600
Square Miles: 65
Implemented: 1988

**Alberni School District #70**
4690 Roger Street
Port Alberni, BC V9Y 3Z4
   Ernie Inglehart
   Transportation Manager
   (604) 723-3565
Total Students: 6,041
Square Miles: N/A
Implemented: 1991

**Albuquerque Public Schools**
1700 Pennsylvania NE
Albuquerque, NM 87110
   Larry Madrid
   Transportation Manager
   (505) 294-1522
Total Students: 85,000
Square Miles: N/A
Implemented: 1990

**Alief Independent School District**
P.O. Box 68
Alief, TX 77411
   Louis B. Stoerner
   Assistant Superintendent
   (713) 498-8110
Total Students: 28,000
Square Miles: N/A
Implemented: 1991

**Alvin Independent School District**
605 West House
Alvin, TX 77511
   John Ralph
   Assistant Director
   (713) 585-3701
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL

**EXHIBIT A**
**Page 41 of 93**

CONFIDENTIAL

*EDULOG—Complete User List*

HOW

**Anchorage School District**
3580 East Tudor Road
Anchorage, AK 99507
  J. Steven Kalmes
  Director, Transportation/
  Vehicle Maintenance
  (907) 563-3022
Total Students: 40,000
Square Miles: N/A
Implemented: 1983

**Anderson Community School Corporation**
30 West 11th Street
Anderson, IN 46016
  Mary Ann Vaught
  Assistant Director of Transportation
  (317) 641-2024
Total Students: 13,000
Square Miles: 84
Implemented: 1989

**Anoka-Hennepin I.S.D. #11**
11299 Hanson Boulevard N.W.
Coon Rapids, MN 55433
  Chuck Holden
  Director of Transportation
  (612) 422-5606
Total Students: 36,000
Square Miles: N/A
Implemented: 1991

**Anthony Wayne Local School District**
11012 Shepler Avenue
Whitehouse, OH 43571
  Leonard Kleinlein
  Transportation Director
  (419) 877-0451
Total Students: 3,500
Square Miles: N/A
Implemented: 1990

**Appleton Area School District**
120 East Harris
Appleton, WI 54911
  Jim Schwaller
  Data Processing Coordinator
  (414) 832-6109
Total Students: 13,000
Square Miles: N/A
Implemented: 1990

**Arlington Independent School District**
1203 West Pioneer Parkway
Arlington, TX 76013
  Mr. W.J. Winter
  Director of Planning
  (817) 459-7809
Total Students: 40,000
Square Miles: N/A
Implemented: 1990

**Aurora Public Schools**
**(Adams-Arapahoe #28J)**
90 Buckley Road
Aurora, CO 80011
  August Campbell
  Director of Transportation
  (303) 344-8060
Total Students: 25,700
Square Miles: N/A
Implemented: 1988

**Avon Lake City Schools**
175 Avon Belden Road
Avon Lake, OH 44012
  Erik Helgesen
  Director of Business
  (216) 933-7328
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 42 of 93**

*EDULOG— Complete User List*　　　　CONFIDENTIAL

**Barbour County Board of Education**
105 South Railroad Street
Philippi, WV 26416
　　Edward Larry
　　Director of Transportation
　　(304) 457-3030
Total Students: 3,000
Square Miles: N/A
Implemented: 1990

**Barrow County Schools**
109 Church Street
Winder, GA 30680
　　Dan Cromer
　　Assistant Superintendent
　　(404) 867-4527
Total Students: 5,000
Square Miles: 167
Implemented: 1988

**Bartholmew Consolidated School
Corporation**
2650 Home Avenue
Columbus, IN 47201
　　Ishmel Johnson-Bey
　　Transportation Coordinator
　　(812) 376-4246
Total Students: 10,000
Square Miles: 300
Implemented: 1992

**Bath Local School District**
2650 Bible Road
Lima, OH 45801
　　Richard L. Lhamon
　　Assistant Superintendent
　　(419) 221-0807
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Bay City Public Schools**
910 North Walnut
Bay City, MI 48706
　　James A. Griffiths
　　Director Planning, Research
　　& Pupil Services
　　(517) 686-9700 ext. 125
Total Students: N/A
Square Miles: N/A
Implemented: 1991

**Beaufort County School District**
P.O. Box 309
Beaufort, SC 29901
　　Conway McGee
　　Director of Transportation
　　(803) 525-4200
Total Students: 12,000
Square Miles: N/A
Implemented: 1991

**Beaumont Independent School District**
3395 Harrison Street
Beaumont, TX 77706
　　Daryl Ann Hansen
　　Computer Tech. Supervisor
　　(409) 899-9972 ext. 287
Total Students: 20,000
Square Miles: 153
Implemented: 1991

**EXHIBIT A**

**Page 43 of 93**

*EDULOG— Complete User List*          CONFIDENTIAL                    HDN

**Bedford School District**
School Administration Unit 26
170 South River Road
Bedford, NH 03102
   Jerry Valle
   Transportation Coordinator
   (603) 472-5447
Total Students: 5,500
Square Miles: N/A
Implemented: 1989

**Bellevue School District #405**
12025 N.E. 5th Street
Bellevue, WA 98005
   Terry Sisson
   Director of Transportation
   (206) 455-6128
Total Students: 14,500
Square Miles: 40
Implemented: 1988

**Belvidere Community Unit
School District #100**
1201 5th Avenue
Belvidere, IL 61008
   Cheryl Douglas
   Assistant Business Manager
   (815) 544-0301
Total Students: 4,600
Square Miles: N/A
Implemented: N/A

**Bemidji School District #31**
201 - 15th Street N.W.
Bemidji, MN 56601
   Doyle Tomhave
   Transportation Director
   (218) 759-3108
Total Students: 5,000
Square Miles: 1,000
Implemented: 1990

**Berkeley County Public Schools**
401 South Queen Street
Martinsburg, WV 25401
   Dr. Janice Christopher
   Assistant Superintendent
   (304) 267-3500
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Big Walnut Local Schools**
P.O. Box 5001
Sunbury, OH 43074
   Mike Crader
   Assistant Superintendent
   (614) 965-2706
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Billings School District #2**
1201 2nd Avenue North
Billings, MT 59101-2619
   Bob Marsh
   Transportation Director
   (406) 255-3575
Total Students: 18,000
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 44 of 93**

58

**Binghamton BOCES**
South Tier Reg. Comp. Center
Browne-Deleware-Tioga BOCES
421 Upper Glenwood Road
Binghamton, NY  13905
　　William Tomie
　　Dir. of Computer Operations
　　(607) 729-9301
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Birdville Independent School District**
6125 East Belknap Street
Fort Worth, TX  76117
　　Dr. Richard Whitney
　　Director of Information Systems
　　(817) 831-5892
Total Students: 17,000
Square Miles: N/A
Implemented: N/A

**Birmingham Public Schools**
2125 East Lincoln
Birmingham, MI  48008
　　Joseph F. Griffin
　　Transportation Director
　　(313) 644-0102
Total Students: 7,400
Square Miles: 50
Implemented: 1985

**Bloomington Public Schools I.S.D. #271**
8900 Portland Avenue South
Bloomington, MN  55420
　　Jan Dittbrenner
　　Supervisor of Transportation
　　(612) 887-9109
Total Students: 11,350
Square Miles: N/A
Implemented: 1990

**Boulder Valley Public Schools**
6500 East Arapahoe Road
Boulder, CO  80302
　　Pat Sandham
　　Transportation Supervisor
　　(303) 447-1010 ext. 482
Total Students: 21,000
Square Miles: N/A
Implemented: 1986

**Bridgeport-Spaulding Community School District**
3878 Sherman Street
Bridgeport, MI  48722
　　Judy Pretzer
　　Transportation Supervisor
　　(517) 777-4820
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Brookfield Public Schools**
100 Pocono Road
Brookfield, CT  06804
　　Dave Minnich
　　Business Manager
　　(203) 775-1448
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUL 2 2 1992

**EXHIBIT A**
**Page 45 of 93**

**Brookville Local Schools**
4151 Brown Street
Brookville, OH  45309
    Ken Swink
    Transportation Supervisor
    (513) 833-4724
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Broward County School Board**
1320 Southwest 4th Street
Ft. Lauderdale, FL  33312
    Ed Hineline
    Asst. to Lee Stepancek
    (   )   -
Total Students: 170,000
Square Miles: 440
Implemented: N/A

**Burnsville School District #191**
100 River Ridge Court
Burnsville, MN  55337
    Mr. Steve George
    Director of Planning
    (612) 895-7233
Total Students: 9,000
Square Miles: N/A
Implemented: 1990

**Butte School District #1**
111 North Montana Street
Butte, MT  59701
    Cliff Steel
    Manager of Transportation
    (406) 723-4371
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Byron Community Unit
School District #226**
P.O. Box 911
Byron, IL  61010
    Jim Jennings
    Transportation Director
    (815) 234-5491
Total Students: 1,200
Square Miles: N/A
Implemented: N/A

**Calhoun County Schools**
P.O. Box 460
Grantsville, WV  26147
    Mr. Don Pitts
    Dir. of Transportation
    (304) 354-7011
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Calvert County Schools**
Dares Beach Road
Prince Fredrick, MD  20678
    Warren Prince
    Supervisor of Transportation
    (301) 535-1700
Total Students: 9,000
Square Miles: N/A
Implemented: 1990

**Canton City Schools**
617 McKinley Avenue S.W.
Canton, OH  44707
    Brad Adkins
    Transportation Department
    (216) 438-2507 ext. 624
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 46 of 93**

**Capital Area Intermediate Unit #15**
26 North 9th Street
Lemoyne, PA 17043
    George Zimmerman
    Business Manager
    (717) 732-8400
Total Students: 1,700
Square Miles: N/A
Implemented: 1990

**Carmel-Clay Schools**
5201 E. 131st Street
Carmel, IN 46032
    Les Pence
    Director of Transportation
    (317) 571-4065
Total Students: 9,000
Square Miles: 90
Implemented: 1991

**Cecil County Public Schools**
Booth Street
Elkton, MD 21921
    Robert Cornell
    Assistant in Transportation
    (301) 996-5416
Total Students: 12,000
Square Miles: 380
Implemented: 1990

**Central Dauphin School District**
600 Rutherford Road
Harrisburg, PA 17109
    Dan Lehman
    Coordinator of Transportation
    (717) 545-4703
Total Students: 8,700
Square Miles: N/A
Implemented: 1986

**Champaign Community Unit School District #4**
703 South New St.
Champaign, IL 61820
    Barbara Sorgenfrie
    Director of Data Processing
    (217) 351-3801
Total Students: 8,500
Square Miles: 80
Implemented: 1989

**Chandler Unified School District #80**
1525 West Frye Road
Chandler, AZ 85224
    Dennis Halachoff
    Transportation Supervisor
    (602) 786-7027
Total Students: 8,000
Square Miles: N/A
Implemented: N/A

**"Chaska" Salden Bus Service**
402 6th Street West
Chaska, MN 55318
    Ed Salden
    Vice President
    (612) 448-2696
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1993

**EXHIBIT A**

**Page 47 of 93**

**City of Chicago School District #299**
1819 W. Pershing Road
6th Floor, West Building
Chicago, IL 60609
   Rose Sampieri
   Administrator of
   Student Transportation
   (312) 535-7740
Total Students: 440,000
Square Miles: 300
Implemented: 1991

**Chico Unified School District**
1163 East 7th Street
Chico, CA 95926
   Craig T. Biasca
   Data Processing Supervisor
   (916) 891-3023
Total Students: 12,000
Square Miles: 322
Implemented: 1989

**Chinle Unified School District #24**
P.O. Box 337
Highway 191 & Navajo, Route 7
Chinle, AZ 86503-337
   Anthony Towne
   Assistant Trans. Director
   (602) 674-9400
Total Students: 3,378
Square Miles: N/A
Implemented: 1989

**Chippewa Valley Schools**
19120 Cass Avenue
Mt. Clemens, MI 48044
   Kristina Johnson
   Director of Data Processing
   and Pupil Personnel
   (313) 286-7600
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Chisago Lakes Area Schools**
13750 Lake Boulevard
San Jose, CA 95127
   Sig Stene
   Administrative Assistant
   (612) 257-5600
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Cincinnati Public Schools**
2355 Iowa Street
Cincinnati, OH 45206
   Howard Harris
   Director, Pupil Transportation
   (513) 369-4680
Total Students: 66,000
Square Miles: N/A
Implemented: 1986

**Citrus County School Board**
1007 West Main Street
Inverness, FL 32650
   Dr. James Pullar
   Director of Planning
   (904) 726-1931
Total Students: 10,000
Square Miles: 629
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 48 of 93**

Case 9:07-cv-00006-BAJ-M Document 3-1 Filed 09/09/11 Page 27 Page 057 Page ID 93

*EDULOG—Complete User List*          CONFIDENTIAL          *Page 9*

**Clark County Public Schools**
175 Alexander Street
Athens, GA 30610-1299
   Robert Millians
   Admin. of Pupil Transportation
   (404) 548-6971
Total Students: 10,500
Square Miles: N/A
Implemented: 1989

**Clarkstown Central School District**
30 Parrott Road
West Nyack, NY 10994
   Robert Alexander
   Transportation Supervisor
   (914) 634-6467
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Clarksville-Montgomery County
School System**
2620 Highway 41A
Clarksville, TN 37043
   Joe D. Haley
   Supervisor of Transportation
   (615) 358-9465
Total Students: 15,000
Square Miles: 500
Implemented: 1989

**Clayton County Public Schools**
120 Smith Street
Jonesboro, GA 30236
   David Butler
   Administrative Assistant for MIS
   (404) 473-2825
Total Students: 35,000
Square Miles: N/A
Implemented: N/A

**Cleveland Public Schools**
3832 Ridge Road
Cleveland, OH 44114
   Dave Adams
   Routing Manager
   (216) 634-7028
Total Students: 72,000
Square Miles: 190
Implemented: 1991

**Clovis Unified School District**
55 Shaw Avenue, Suite 217
Clovis, CA 93612
   Joe Bjerke
   Transportation Director
   (209) 297-4000
Total Students: 22,500
Square Miles: N/A
Implemented: N/A

**Cobb County Public Schools**
620 South Cobb Drive
Marietta, GA 30060
   Carlton Allen
   Associate Director of Transportation
   (404) 426-3535
   Mr. Carroll Pitts
   Director of Transportation
   (404) 426-3333
Total Students: 69,000
Square Miles: N/A
Implemented: 1985

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 49 of 93**

**Collier County Public Schools**
5700 Cougar Lane
Naples, FL  33942
　　Art Dobberstein
　　Director of Transportation
　　(813) 597-9088
Total Students: 20,000
Square Miles: N/A
Implemented: 1990

**Colonial School District**
230 Flourtown Road
Plymouth Meeting, PA  19462
　　Catherine Johns
　　Transportation Supervisor
　　(215) 834-1670
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Columbus City Schools**
737 Hudson Street
Columbus, OH  43215
　　Dave Mohler
　　Transportation Systems Analyst
　　(614) 365-6707
Total Students: 65,000
Square Miles: 120
Implemented: 1990

**Concord Community Schools**
59040 Minuteman Way
Elkhart, IN  46517
　　Marv Roush
　　Director of Transportation
　　(219) 875-6577
Total Students: 3,500
Square Miles: N/A
Implemented: 1989

**Connetquot Central
School District of Islip II**
780 Ocean Avenue
Bohemia, NY  11716
　　Laura Spano
　　Transportation Supervisor
　　(516) 244-2201
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Creighton Elementary School District #14**
2802 East McDowell Road
Phoenix, AZ  85008
　　David C. Hilliker
　　Director of Trans.
　　(602) 381-6055
Total Students: 2,800
Square Miles: 4
Implemented: 1989

**Crown Point Community School
Corporation**
200 East North Street
Crown Point, IN  46307
　　George Antal
　　Director of Transportation, Buildings,
Grounds
　　　(219) 663-3371
　　Darlene Trinowsky
　　Dispatchers
　　(219) 663-1465
Total Students: 5,300
Square Miles: 64
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 50 of 93**

*EDULOG—Complete User List*          CONFIDENTIAL

**Cumberland Valley School District**
6746 Carlisle Pike
Mechanicsburg, PA 17055
    Chuck Snively
    Transportation Manager
    (717) 697-8261
Total Students: 7,000
Square Miles: 102
Implemented: 1991

**Dalton City Schools**
100 South Hamilton Street
Dalton, GA 30722
    Johnny Bridges
    Director of Facilities & Transportation
    (404) 278-7866
Total Students: 4,000
Square Miles: N/A
Implemented: 1991

**Davis County School District**
Box 1209, Building F2
Freeport Center
Farmington, UT 84016
    A. Jack Graviet
    Director of Transportation
    (801) 774-7475
Total Students: 50,000
Square Miles: N/A
Implemented: 1989

**Decatur School District #61**
101 West Cerro Gordo
Decatur, IL 62523
    Larry Reed
    Coordinator of Day-to-Day Data
    (217) 424-3087
Total Students: 14,000
Square Miles: 44
Implemented: 1990

**Decatur Township
Metropolitan School District**
7523 Mooresville Road
West Newton, IN 46183
    Linda Larison
    Transportation Supervisor
    (317) 856-8060
Total Students: 5,200
Square Miles: 36
Implemented: N/A

**Deer Valley Unified School District #97**
20402 North 15th Avenue
Phoenix, AZ 85027
    Sharon Erb
    Transportation Coordinator
    (602) 581-7741
Total Students: 13,600
Square Miles: 365
Implemented: 1989

**Defiance City Schools**
629 Arabella Street
Defiance, OH 43512
    O.C. Beindorf
    Dir. of Trans./Personnel
    (419) 782-0070
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 51 of 93**

65

Delaware Dept. of Public Instruction
P.O. Box 1402
Dover, DE 19903
  Harlan "Ted" Tull
  State Director of Trans.
  (302) 739-4697
Total Students: N/A
Square Miles: N/A
Implemented: N/A
Complete Implemenation of every district
in the state

Denton Independent School District
909 Linden
Denton, TX 76201
  Gene Holloway
  Supervisor of Transportation
  (817) 387-3846
Total Students: 10,000
Square Miles: N/A
Implemented: 1991

Derby Unified School District #260
120 East Washington
Derby, KS 67037
  Howard Bowie
  Director of Operations
  (316) 788-8420
Total Students: 6,000
Square Miles: N/A
Implemented: 1990

Des Moines Public Schools
1800 Grand Avenue
Des Moines, IA 50307-3382
  Dr. Don Prine
  Director of Transportation
  (515) 242-7884
Total Students: 32,000
Square Miles: N/A
Implemented: 1990

Detroit Public Schools
8145 Greenfield
Detroit, MI 48202
  Clarance Clavon
  Director of Transportation
  (313) 849-2422
Total Students: 170,000
Square Miles: N/A
Implemented: N/A

Douglas County S. D. Re. 1
2808 South State Highway 85
Castle Rock, CO 80104
  Chuck Lee
  Transportation Director
  (303) 688-3315
Total Students: 11,100
Square Miles: N/A
Implemented: 1991

Dublin City School District
117 East Jackson Street
Dublin, GA 31021
  John Deamer
  Director of Special Projects
  (912) 272-3440
Total Students: 3,600
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 2 1992

EXHIBIT A

Page 52 of 93

**Dufferin-Peel Roman Catholic
Separate School Board**
5685 Keaton
Crescent, Mississauga, ON  L5R 3H5
CANADA
   Rob Scott
   Supervisor of Transportation
   (416) 890-5300 ext. 226
Total Students: 56,000
Square Miles: N/A
Implemented: 1987

**Eanes Independent School District**
601 Camp Craft Road
Austin, TX  78746
   David Bolles
   Director of Transportation
   (512) 327-1197
Total Students: 4,800
Square Miles: N/A
Implemented: 1990

**East Allen County School District**
1322 Green Road
New Haven, IN  46774
   Floyd Place
   Director of Transportation
   (219) 493-3761 ext. 216
Total Students: 12,000
Square Miles: 250
Implemented: 1989

**East China Schools**
1585 Meisner Road
Marine City, MI  48039
   Larry Aspenleiter
   Transportation Director
   (313) 765-5422 or 9701
Total Students: N/A
Square Miles: N/A
Implemented: 1991

**East Meadow Union Free School District**
Transportation Department
Carman Avenue
East Meadow, NY  11554
   Raymond Regan ext. 220
   Dir. of Fac. Oper. & Trans.
   (516) 794-7000 ext. 220
Total Students: 7,500
Square Miles: N/A
Implemented: 1986

**Eden Prairie School District #272**
8100 School Road
Eden Prairie, MN  55344
   Rose Linden
   Transportation Director
   (612) 937-3671 ext. 671
Total Students: 7,000
Square Miles: N/A
Implemented: 1990

**Edinburg Consolidated I.S.D.**
1101 East Schunior
Edinburg, TX  78539
   Jonas Ybarra
   Director of Transportation
   (512) 383-2779
Total Students: 6,000
Square Miles: N/A
Implemented: 1989

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 53 of 93**

*EDULOG — Complete User List*     CONFIDENTIAL     *Page 14*

**Edmonds School District #15**
3800 196th South West
Lynnwood, WA 98036
   Jim Page
   Supervisor of Mgmt. Info. Systems
   Reg Clark
   Director of Transportation
   (206) 670-7017
Total Students: 17,500
Square Miles: N/A
Implemented: 1990

**Educational Service Dist. #101**
West 1025 Indiana Avenue
Spokane, WA 99205-4562
   Dick Caldwell
   Coordinator,
   Region V Pupil Transportation
   (509) 456-2718
Total Students: N/A
Square Miles: N/A
Implemented: 1989

**Elida Local School Dist.**
101 East North Street
Elida, OH 45807
   Joseph Rogers
   Superintendent
   (419) 331-4155
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Elk Grove Unified School District**
8820 Elk Grove Blvd.
Elk Grove, CA 95624
   Terry Fugisang
   Director of Transportation
   (916) 686-7733
Total Students: 22,200
Square Miles: N/A
Implemented: 1991

**Elkhart Community Schools**
2720 California Road
Elkhart, IN 46514
   Kathy Shewmaker
   Transportation Department
   (219) 262-5532
Total Students: 11,000
Square Miles: N/A
Implemented: 1988

**El Paso County School District #11**
**(Colorado Springs)**
800 Babcock Road
Colorado Springs, CO 80915
   Reeves Smith
   Director of Transportation
   (719) 520-2144
Total Students: 30,300
Square Miles: N/A
Implemented: 1989

**Elyria Public Schools**
355 Griswold Road
Elyria, OH 44035
   Fred V. Stephens
   Business Manager
   (216) 324-7500
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 0 1992

**EXHIBIT A**

**Page 54 of 93**

*EDULOG—Complete User List*          *CONFIDENTIAL*

**Euclid City Schools**
651 East 222nd Street
Euclid, OH 44123
    Ronald Victor
    Business Manager
    (216) 261-2900
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Fairbanks North Star Borough School District**
8th and Cushman Street
Fairbanks, AK 99707-1250
    Robert R. Shefchik
    Transportation Coordinator
    (907) 452-2000
Total Students: 13,000
Square Miles: N/A
Implemented: 1988

**Farmingdale Unified School District**
Van Cott and Grant Avenue
Farmingdale, NY 11735
    Bill Slymen
    Transportation Supervisor
    (516) 752-6555
Total Students: 6,000
Square Miles: N/A
Implemented: 1988

**Fayette County School District**
210 Stonewall Avenue
Fayetteville, GA 30214
    Pam Holt
    Transportation Specialist
    (404) 460-3520
Total Students: 12,500
Square Miles: 200
Implemented: 1990

**Fontana Unified School District**
9820 Citrus Avenue
Fontana, CA 92335
    J. R. Wagner
    Transportation Director
    (714) 357-5210
Total Students: 27,000
Square Miles: N/A
Implemented: 1988

**Forest Hills Local School District**
7550 Forest Road
Cincinnati, OH 45255
    Ron Yeager
    Assistant Treasurer
    (513) 231-3600
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Forest Hills Public Schools**
6001 Hall Street S.E.
Grand Rapids, MI 49546
    Linda Schwartz
    Transportation Supervisor
    (616) 676-8931
Total Students: 5,700
Square Miles: 65
Implemented: 1990

**Fox Chapel Area School District**
611 Field Club Road
Pittsburgh, PA 15238
    Gil Damico
    Dir. of Transportation
    (412) 963-9600
Total Students: 3,300
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 1 1992

*EDULOG— Complete User List*                    *CONFIDENTIAL*

*AGW*

**Framingham Public Schools**
454 Water Street
Framingham, MA 01701
    William Manning
    Transportation Director
    (508) 626-9179
Total Students: 7,300
Square Miles: 25
Implemented: 1990

**Freeport School District #145**
501 East South Street
Freeport, IL 61032
    Dan Casing
    Assistant Superintendent for Business
    (815) 235-4151
Total Students: 4,900
Square Miles: N/A
Implemented: N/A

**Freeport Union Free S. D.**
Administrative Building
235 North Ocean Avenue
Freeport, NY 11520
    Ken Brown
    Administrative Assistant
    (516) 867-5220
Total Students: 6,500
Square Miles: N/A
Implemented: 1988

**Fulton County Board of Education**
786 Cleveland Avenue S. W.
Atlanta, GA 30315
    Dr. James H. Fox, Jr.
    Superintendent
    (404) 763-4587
Total Students: 42,000
Square Miles: 420
Implemented: 1990

**Gaylord Community Schools**
615 South Elm Street
Gaylord, MI 49735
    Stan Pearson
    Transportation Director
    (517) 732-6402 ext. 137
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**"Germany"**
Motor Transport Branch, DOL
USMC, Giessen
Germany
    Joachim Jobst
    Asst. Trans. Op. Off.
    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-402-764
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Glynn County Schools**
P.O. Box 1677
Brunswick, GA 31521
    Howard Mann
    Director of Transportation
    (912) 267-4120
Total Students: 10,000
Square Miles: N/A
Implemented: 1989

**Goshen Community School Corporation**
721 East Madison Street
Goshen, IN 46526
    Max Flandt
    Transportation Director
    (219) 533-8631
Total Students: 4,500
Square Miles: 36
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 56 of 93**

**Grand Blanc Community Schools**
11920 South Saginaw Road
Grand Blanc, MI 48439
    Tony Leonardo
    Transportation Director
    (313) 694-8211 xt. 207, 208
Total Students: 5,600
Square Miles: N/A
Implemented: 1988

**Grand Ledge Public Schools**
950 Jenne
Grand Ledge, MI 48837
    Tim Bowers
    Transportation Supervisor
    (517) 627-9737
Total Students: 5,000
Square Miles: 125
Implemented: 1990

**Grand Rapids Public Schools**
900 Union Avenue N.E.
Grand Rapids, MI 49503
    Bill Norder
    Comp. Consultant for Trans.
    (616) 771-3023
Total Students: 30,000
Square Miles: 60
Implemented: N/A

**Granite School District**
Transportation Office
340 East 3545 South
Salt Lake City, UT 84115
    Ken Greiner
    Director of Transportation
    (801) 481-7137
Total Students: 90,000
Square Miles: N/A
Implemented: 1989

**Greater Latrobe School District**
410 Main Street
Latrobe, PA 15650
    Stephan J. Bair
    Assistant Superintendent for Business
    (412) 539-4200 or 4209 ext 23
Total Students: 5,000
Square Miles: 72
Implemented: 1990

**Great Falls Public Schools**
1100 4th Street South
Great Falls, MT 59403
    Dewey Swank
    Transportation Director
    (406) 791-2265
Total Students: 12,000
Square Miles: N/A
Implemented: 1986

**Greenwich Public Schools**
Havemeyer Building
Greenwich Avenue
Greenwich, CT 06830
    Ms. Terry Gill
    Transportation Manager
    (203) 625-7449
Total Students: 12,000
Square Miles: N/A
Implemented: 1988

**Guilderland Central School District**
6094 State Farm Road
Guilderland, NY 12084
    Jim Thompson
    Transportation Supervisor
    (518) 861-6434
Total Students: N/A
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 57 of 93**

*EDULOG — Complete User List*  CONFIDENTIAL

AON

**Gwinnett County Public Schools**
610 West Crogan Street
Lawrenceville, GA 30245
   Ed Hampton
   Director of MIS
   (404) 822-6403
Total Students: 62,100
Square Miles: 440
Implemented: 1991

**City of Hammond Schools**
5727 Sohl Avenue
Hammond, IN 46320
   Michael Hriso
   Supervisor of Transportation
   (219) 933-2438 or 2439
Total Students: 13,500
Square Miles: 25
Implemented: 1990

**Hampton City School System**
School Administration Center
1819 Nickerson Blvd.
Hampton, VA 23663
   Joe Hawkins
   Director of Transportation
   (804) 850-5200
Total Students: 20,000
Square Miles: 144
Implemented: 1989

**Harborsfield Union Free School District**
2 Oldfield Road
Greenlawn, NY 11704
   Joanne Grunner
   Transportation Supervisor
   (516) 754-5301
Total Students: N/A
Square Miles: N/A
Implemented: 1990

**Harlingen Consolidated I.S.D.**
1409 East Harrison
Harlingen, TX 78550
   Ishmal Parades
   Transportation Director
   (512) 423-2151
Total Students: 14,500
Square Miles: N/A
Implemented: 1989

**Havestraw-Stony Point School District**
65 Chapel Street
Garnerville, NY 10923
   Bernie Hughs
   Transportation Coor.
   (914) 942-9700
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Hazleton Area School District**
Church and Walnut Street
Hazleton, PA 18201
   Greg Cassano
   Supervisor of Transportation
   (717) 459-3190
Total Students: 10,027
Square Miles: 289
Implemented: 1990

**Hazelwood School District**
3306 Douglas Road
Florissant, MO 63034
   Marvin Hahn
   Business Manager
   (314) 921-4450
Total Students: 17,000
Square Miles: 78
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 58 of 93**

*EDULOG—Complete User List*   CONFIDENTIAL

**Henry County School District**
397 Tomlinson Street
McDonough, GA 30253
   Wayne Makle
   Assistant Transportation Director
   (404) 957-6601
Total Students: 10,500
Square Miles: 350
Implemented: 1990

**Hicksville Union Free School District**
Administration Building
Division Avenue
Hicksville, NY 11801
   Mary Lippman
   Transportation Advisor
   (516) 933-6679
Total Students: 4,700
Square Miles: N/A
Implemented: 1988

**Highline School Dist. #401**
17910 8th Avenue South
Seattle, WA 98148
   Mary Carr
   Transportation Director
   (206) 433-2471
Total Students: 6,000
Square Miles: N/A
Implemented: 1988

**Hilliard City Schools**
5491 Scioto-Darby Road
Hilliard, OH 43026
   Charlotte Liston
   Transportation Supervisor
   (614) 771-4273
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Hollister Elementary School District**
761 South Street
Hollister, CA 95023
   Dick Pitschka
   Dir. of Computer Support Services
   (408) 637-3781
Total Students: 4,000
Square Miles: N/A
Implemented: N/A

**Hopkins I.S.D. #270**
1001 State Highway 7
Hopkins, MN 55343
   Bruce Swanson
   Director of Transportation
   (612) 933-9229
Total Students: 6,762
Square Miles: N/A
Implemented: 1990

**Horseheads Central School District**
District Administration
Horseheads, NY 14845
   Alta Plate
   Transportation Supervisor
   (607) 739-6339
Total Students: 5,000
Square Miles: 115
Implemented: 1990

**Huber Heights City School District**
5954 Longford Road
Huber Heights, OH 45424
   Roy Berger
   Dir. Admin. Services
   (513) 237-6392
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 59 of 93**

*EDULOG—Complete User List*        **CONFIDENTIAL**

HON

**Hudson-Litchfield School District**
School Administrative Unit #27
20 Library Street
Hudson, NH 03051
    Fred Deppy
    Transportation Coordinator
    (603) 886-1239
Total Students: N/A
Square Miles: N/A
Implemented: 1990

**Humble Independent School District**
1703 Wilson Road
Humble, TX 77338
    Gilbert Srygley
    Transportation Director
    (713) 540-5900
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Huntington Union Free School District**
Administration Building
Woodhull Road
Huntington Station, NY 11746
    Carl Cozzetta
    Supervisor of Transportation
    (516) 673-2038
Total Students: 4,600
Square Miles: N/A
Implemented: 1988

**Huntsville Independent School District**
441 FM 2821 B
Huntsville, TX 77340
    Ed Garner
    Transportation Director
    (409) 295-5487
Total Students: 6,200
Square Miles: 630
Implemented: 1989

**Hyde Park School District**
Smith Court
Hyde Park, NY 12538
    Max Chandler
    Supervisor of Transportation
    (914) 2298-9131
Total Students: 4,600
Square Miles: 75
Implemented: 1990

**Iberia Parish School Board**
200 School Board Drive
New Iberia, LA 70560
    Melvin Small
    Supervisor of Transportation & Related
Instruction
    (318) 365-2341
Total Students: 13,800
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 60 of 93**

*EDULOG — Complete User List*          *CONFIDENTIAL*

**Indianapolis Public Schools**
SCIPS Complex
901 North Carrollton Avenue
Indianapolis, IN 46202
    **Frank LaCroix**
    Director of Transportation
    (317) 226-4644
Total Students: 50,000
Square Miles: 500
Implemented: 1990

**Indian River Central School District**
P.O. Box 308
Philadelphia, NY 13673
    **Carmel Matice**
    Transportation Supervisor
    (315) 642-0331
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Indian River County School District**
1990 25th Street
Vero Beach, FL 32960
    **Kathleen Geyer**
    Director of Transportation
    (407) 770-5553
Total Students: 12,000
Square Miles: 525
Implemented: 1990

**Ionia Public Schools**
433 Union Street
Ionia, MI 48846
    **Greg King**
    Transportation Director
    (616) 527-9280
Total Students: 3,000
Square Miles: 250
Implemented: 1989

**Irving Independent School District**
901 O'Conner Road
Irving, TX 75061
    **Whitcomb Johnstone**
    Director of Planning,
    Evaluation & Research
    (214) 259-4575 ext. 201
Total Students: 21,200
Square Miles: 48.5
Implemented: 1989

**Ithaca City School District**
150 Bostwick Road
Ithaca, NY 14850
    **Dave Bacharach**
    Transportation Supervisor
    (607) 274-2128
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Jackson County Schools**
#1 School Street
Ripley, WV 25271
    **Jack Parson**
    Dir. of Transportation
    (304) 372-7320
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Juneau School District**
10014 Crazy Horse Drive
Juneau, AK 99801
    **Patsy Wardrip**
    Facilities Coordinator
    (907) 586-2303
Total Students: 4,750
Square Miles: N/A
Implemented: 1986

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 61 of 93**

*EDULOG — Complete User List*          **CONFIDENTIAL**                    Page 22

**Kansas City School District**
800 East 21st Street
Kansas City, MO 64108
 Mrs. Pat Yancy
 Director of Transportation
 (816) 871-7825
Total Students: 36,500
Square Miles: N/A
Implemented: 1989

**Katy Independent School District**
2901 Dulaney
Houston, TX 77084
 Bill Kyser
 Director of Transportation
 (713) 578-2210 or 2186
Total Students: 15,500
Square Miles: 181
Implemented: 1989

**Kearsley Community Schools**
G-4396 Underhill Drive
Flint, MI 48506
 Glen Paehlke
 Director of Financial Operations
 (313) 736-8000 ext. 350
Total Students: 3,500
Square Miles: N/A
Implemented: N/A

**Kennewick School District #17**
200 South Dayton Street
Kennewick, WA 99336
 Maurice Meilleur
 Supv. of Comp. Services
 (509) 736-2100
 Total Students: 10,300
 Square Miles: N/A
 Implemented: 1991

**Kenosha Unified School District #1**
3600 52nd Street
Kenosha, WI 53144-03402
 Peter Parsons
 Transportation Supervisor
 (414) 653-6392
 Total Students: 16,000
 Square Miles: 160
 Implemented: 1986

**Kent School District #415**
25211 104th Avenue Southeast
Kent, WA 98031
 Claudia Otey
 Director of Transportation
 (206) 859-7442
 Total Students: 18,500
 Square Miles: N/A
 Implemented: 1987

**Kenmore-Tonawanda Union
Free School District**
1494 Colvin Boulevard
Kenmore, NY 14223
 Gloria Wildoner
 Transportation Supervisor
 (716) 874-8611
 Total Students: 12,000
 Square Miles: N/A
 Implemented: 1987

**Killeen Independent School District**
200 North W.S. Young Drive
Killeen, TX 76543
 James R. Young
 Director of Purchasing
 (817) 526-8361
 Total Students: N/A
 Square Miles: N/A
 Implemented: N/A

RECEIVED JUN 2 2 199

**EXHIBIT A**

**Page 62 of 93**