**Kings Local School District**
5620 Columbia Road
Kings Mills, OH 45034
   Nancy Neeley
   Transportation Coor.
   (513) 398-5671
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Kings Park Central School District**
Business Office
Kohr Road
Kings Park, NY 11754
   Daniel E. Laub
   Administrative Assistant to
   Supt. for Business
   (516) 269-6000
Total Students: 4,000
Square Miles: N/A
Implemented: 1988

**Klein Independent School District**
7200 Spring Cypress Road
Klein, TX 77379
   Gary Butler
   Transportation Director
   (713) 376-4180
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Kokomo-Center Township**
**Consolidated School Corporation**
100 W. Lincoln
Kokomo, IN 46902
   Liz McDorman
   Transportation Supervisor
   (317) 457-2974
Total Students: 8,300
Square Miles: 35
Implemented: 1989

**Kyrene School District #28**
8700 South Kyrene Road
Tempe, AZ 85284
   Bill Hegebush
   Business Manager
   (602) 496-4610
Total Students: 6,000
Square Miles: N/A
Implemented: 1991

**School District of LaCrosse**
Hogan Administrative Center
807 East Avenue South
LaCrosse, WI 54601
   Tom Ward
   Supervisor of Admin. D.P./Acct.
   (608) 789-7631
Total Students: 7,000
Square Miles: N/A
Implemented: 1989

HON

**Lafayette School Corporation**
2300 Cason Street
Lafayette, IN 47904
    Leon Dickson
    Director of Extended Services
    (317) 449-3248
Total Students: 7,200
Square Miles: 30
Implemented: N/A

**Lake Central School Corporation**
8260 Wicker Avenue
St. John, IN 46373
    Ed Wietecha
    Director of Transportation
    (219) 365-8507
Total Students: 7,700
Square Miles: 45
Implemented: 1990

**Lake Orion Community Schools**
467 East Jackson
Lake Orion, MI 48362
    Charlie Ray
    Director of Transportation
    (313) 693-5490
Total Students: 4,900
Square Miles: 50
Implemented: 1989

**Lakeview Local School District**
29300 Hillman Drive
Cortland, OH 44410
    Dick Raidel
    Superintendent
    (216) 637-8741
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Lake Washington School District**
15212 Northeast 95th
Redmond, WA 98052
    Alice Jordan
    Transportation Supervisor
    (206) 882-5120
Total Students: 21,000
Square Miles: 150
Implemented: 1990

**Lakota Local School District**
5030 Tylersville Road2930 Gay Avenue
West Chester, OH 45069
    Hazel Miller
    Director of Transportation
    (513) 777-9630
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Lancaster City Schools**
345 East Mulberry Street
Lancaster, OH 43130
    Robert A. Urig
    Assistant Superintendent
    (614) 687-7310
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**LaPorte Community School Corporation**
1921 A Street
LaPorte, IN 46350
    Jay Flick
    Transportation Director
    (219) 362-1023
Total Students: 6,500
Square Miles: N/A
Implemented: 1988

RECEIVED JUN 2 2 199

**EXHIBIT A**
**Page 64 of 93**


Case 9:07-cv-00006-DWM Document 13-2 Filed 03/30/11 Page 73 of 109



**Laramie County School District**
2810 House Avenue
Cheyenne, WY 82001
    Bradley G. Oberg
    Director of Planning
    (307) 771-2124
Total Students: 10,000
Square Miles: N/A
Implemented: N/A

**Metropolitan School District of Lawrence Township**
7433 East 56th Street
Indianapolis, IN 46226
    Don Inskeep
    Director of Transportation
    (317) 543-5336
Total Students: 10,000
Square Miles: 48
Implemented: 1990

**Merrimack School District**
School Administration Unit 26
36 McElwain Street
Merrimack, NH 03054
    Dick Dumont
    Transportation Coordinator
    (603) 424-6210
Total Students: 5,500
Square Miles: N/A
Implemented: 1989

**Lawrence Union Free School District**
195 Broadway, Room 105
Lawrence, NY 11559
    Robert Pape
    Transportation Director
    (516) 239-1016
Total Students: 5,700
Square Miles: N/A
Implemented: 1986

**Leander I.S.D.**
401 South West Street
Leander, TX 78641
    Ken Cogdell
    Director of Transportation
    (512) 259-0240
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Commission Scolaire De La Gardeur**
80, Rue Jean-Baptiste Meilleur
Repentigny, Quebec J6A 6C5
CANADA
    Jacques Demers
    Director
    (514) 654-8031, 8029, 8028
Total Students: 15,000
Square Miles: N/A
Implemented: 1989

**Liberty Local Schools**
4115 Shady Lane
Youngstown, OH 44505
    Paul McCombs
    Director of Transportation
    (216) 759-7450
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL          RECEIVED JUN 2 3 1992

**EXHIBIT A**

**Page 65 of 93**

*EDULOG — Complete User List*　　　　　CONFIDENTIAL

**Livonia Public Schools**
15125 Farmington Road
Livonia, MI 48154-5474
　　Charles R. Ritter
　　Assistant Director of Operations
　　(313) 523-8825
Total Students: 12,000
Square Miles: N/A
Implemented: 1988

**Los Angeles County Office of Education**
9525 Imperial Hwy, RM. 118
Downey, CA 90242
　　Randy Eichert
　　Manager Systems Specialist
　　(213) 803-8508
　　Charles J. Devlin
　　Transportation Officer
　　(213) 803-8538
Total Students: 5,000
Square Miles: 740
Implemented: 1990

**Louisville City Schools**
418 East Main Street
Louisville, OH 44641
　　David Mancini
　　Superintendent
　　(216) 875-9687
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Madison Metropolitan School District**
545 West Dayton Street
Madison, WI 53703
　　John Gaffney
　　Systems Manager
　　(608) 266-6270
Total Students: 22,000
Square Miles: 65
Implemented: 1991

**Manchester Local School District**
6075 Manchester Road
Akron, OH 44319
　　Phil Bevington
　　Director of Services
　　(216) 882-4157
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Manhattan-Ogden Public Schools**
**Unified School District #383**
2031 Poyntz Avenue
Manhattan, KS 66502-3898
　　John Mayberry
　　Director of Transportation
　　(913) 537-0963
Total Students: 6,500
Square Miles: N/A
Implemented: 1990

**Marion Community Schools**
1240 South Adams Street
Marion, IN 46952
　　Arthur "Skip" Ackley
　　Transportation Supervisor
　　(317) 664-4237
Total Students: 6,500
Square Miles: N/A
Implemented: 1991

RECEIVED JUN 2 2 1992

CONFIDENTIAL

*EDULOG—Complete User List*

Page 27

**Martinez Unified School District**
921 Susana Street
Martinez, CA 94553
   **Laird Neuhart**
   Consultant
   (415) 846-7007
Total Students: 3,400
Square Miles: N/A
Implemented: 1990

**Mat-Su School District**
8C01 Box 6048, Room F10
Palmer, AK 99645
   **Saundra C. Hutchins**
   Pupil Trans. Coordinator
   (907) 746-9530
Total Students: 9,000
Square Miles: N/A
Implemented: 1990

**Medina Co. Board of Education**
144 N. Broadway Street
Medina, OH 44256
   **Jim Boyes**
   Assistant Superintendent
   (216) 723-6393
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Merced City Elementary School District**
444 West 23rd Street
Merced, CA 95340-3785
   **Mike Smith**
   Data Processing Manager
   (209) 385-6708
Total Students: 11,400
Square Miles: N/A
Implemented: 1989

**Michigan City Area Schools**
1100 South Woodland Avenue
Michigan City, IN 46360
   **Joyce Stark**
   Director of Transportation
   (219) 873-2127
Total Students: 9,100
Square Miles: 150
Implemented: 1989

**Middletown City School District**
1515 Girard Avenue
Middletown, OH 45044
   **Joe Di Staola**
   Director of Personnel & Facilities
   (513) 423-0781
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Midview Local School District**
1097 Elm Street
Grafton, OH 44044
   **Al Gilder**
   Administrative Assistant
   (216) 926-3737
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Milford School District**
906 Lakeview Avenue
Milford, DE 19963
   **Charlie Onusko**
   Transportation Supervisor
   (302) 422-1600
Total Students: 3,100
Square Miles: N/A
Implemented: 1988

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 67 of 93**

81

**Minnetonka Public Schools**
261 School Avenue
Excelsior, MN 55331
   Jim Schmidt
   Transportation Director
   (612) 470-3424
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Missouri Dept. of Elementary &**
**Secondary Education Voluntary**
**Desegregation Transportation**
7435 Watson Road
Kenrick Plaza, Suite 100A
St. Louis, MO 63119
   Dennis Hamann
   Supervisor of Deseg. Trans.
   (314) 962-5224
Total Students: 16,000
Square Miles: N/A
Implemented: 1985

**Monroe County Community School**
**Corporation**
560 East Miller Drive
Bloomington, IN 47401
   Harley Bell
   Transportation Supervisor
   (812) 330-7719
   Total Students: 11,000
   Square Miles: 350
   Implemented: N/A

**Montgomery County Schools**
**Regional Center**
1831 Harshman Road
   John Herner
   Assistant Superintendent
   (513) 236-9965
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Moore Public Schools**
400 North Broadway
Moore, OK 73160
   Ed Nash
   Director of Transportation
   (405) 793-3091
Total Students: 15,000
Square Miles: N/A
Implemented: 1989

**Moorhead Public Schools (I.S.D. #152)**
Townsite Center
810 South 4th Avenue
Moorhead, MN 56560
   Dan Bacon
   Supervisor of Transportation & Census
   (218) 236-6400 ext. 237
Total Students: 5,500
Square Miles: N/A
Implemented: 1988

**Moreland Elementary School District**
4710 Campbell Avenue
San Jose, CA 95130
   Kristine Sieben
   Transportation Department
   (408) 379-1370
Total Students: 3,600
Square Miles: N/A
Implemented: 1991

CONFIDENTIAL

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 68 of 93**

*EDULOG — Complete User List*  CONFIDENTIAL  Page 29 

**Morgan Hill Unified School District**
105 Edes Court
Morgan Hill, CA 95037
    Lucille Ball
    Transportation Director
    (408) 779-8322
Total Students: 8,700
Square Miles: N/A
Implemented: 1989

**Mukilteo School District #6**
9401 Sharon Drive
Everett, WA 98204
    Debbie Thompson
    Transportation
    (206) 356-1306
Total Students: 7,000
Square Miles: N/A
Implemented: 1989

**Neshaminy School District**
2001 Old Lincoln Highway
Langhorne, PA 19047
    Beth Connolly
    Transportation Foreman
    (215) 752-6313
Total Students: 10,000
Square Miles: N/A
Implemented: 1988

**Newburgh City Schools**
124 Grand Street
Newburgh, NY 12550
    Art Brewer
    Director of Transportation
    (914) 561-3232
Total Students: 11,000
Square Miles: N/A
Implemented: 1988

**New Rochelle City School District**
515 North Avenue
New Rochelle, NY 10801
    Betty Doherty
    Transportation Assistant
    (914) 576-4230
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Norman Public Schools**
1133 West Main
Norman, OK 73069
    Danny Lovett
    Data Processing Manager
    (405) 321-5014
Total Students: 11,000
Square Miles: N/A
Implemented: 1990

**North Allegheny School District**
200 Hillbue Lane
Pittsburg, PA 15237
    Roger Botti
    Transportation Manager
    ( ) -
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

CONFIDENTIAL

**EXHIBIT A**
**Page 69 of 93**



*EDULOG—Complete User List*     CONFIDENTIAL     *Page 30*

**North Carolina Institute for Transportation Research and Education**
1100 Navaho Dr., 2nd Floor
Raleigh, NC  27609
    Derek S. Graham
    Assistant Director
    (919) 878-8080
Total Students: N/A
Square Miles: N/A
Implemented: N/A
    Districts:

| | |
|---|---|
| Alamance | Cabarrus |
| Burlington | Kannapolis |
| Ashe | Caldwell |
| Beaufort | Caswell |
| Washington | Hickory |
| Bertie | Newton |
| Bladen | Chatham |
| Brunswick | Cleveland |
| Buncombe | Kings Mtn. |
| Asheville | Shelby |
| Columbus | Forsyth |
| Whiteville | Gaston |
| Craven | Gates |
| Cumberland | Guilford |
| Currituck | Greensboro |
| Dare | High Point |
| Davidson | Halifx |
| Thomasville | Roanoke Rapids |
| Davis | Weldon |
| Duplin | Hamett |
| Durham | Handerson |
| Durham City | Haywood |
| Iredell | Polk |
| Mooresville | Randolph |
| Statesville | Asheboro |
| Johnston | Richmond |
| Jones | Robeson |
| Lee | Rockingham |
| McDowell | Eden |
| Mecklenburg | W. Rockingham |

| | |
|---|---|
| Moore | Reidsville |
| Rocky Mount | Rowan |
| New Hanover | Rutherford |
| Northampton | Scotland |
| Onslow | Stanly |
| Orange | Stokes |
| Chapel Hill | Swain |
| Pasquotank | Union |
| Pender | Monroe |
| Perquimans | Vance |
| Person | Wake |
| Pitt | Warren |
| Washington | Wilson |
| Watanga | Yadkin |
| Wayne | Yancey |
| Goldsboro | Wilkes |

**North Clackamas School District #12**
4444 SE Lake Road
Milwankie, OR  97267
    Buck Klemm
    Director of Transportation
    (503) 653-3652
Total Students: 12,000
Square Miles: N/A
Implemented: 1988

**North Colonie Central School District**
Administration Building
Newtonville, NY  12128
    Robert Gara
    Business Administrator
    (518) 785-8591
Total Students: 4,600
Square Miles: N/A
Implemented: 1988

RECEIVED JUN 2 2 1992

CONFIDENTIAL

**EXHIBIT A**
**Page 70 of 93**



**Northmont City Schools**
4001 Old Salem Road
Eaglewood, OH 45322
   Sharon Buttram
   Transportation Supervisor
   (513) 836-6005
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**North Olmsted City School District**
24100 Palm Drive
North Olmsted, OH 44070
   Leonard Frick
   Transportation Director
   (216) 779-3582
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**North Penn School District**
400 Penn Street
Landsdale, PA 19446
   Andy Forsythe
   Transportation Supervisor
   (215) 368-9800
Total Students: 12,600
Square Miles: N/A
Implemented: 1989

**North Ridgeville City Schools**
35895 Center Ridge Road
North Ridgeville, OH 44039
   Dr. Gordon E. Rodeen
   Director of Admin. Services
   (216) 327-4444
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**North Thurston School District #3**
6620 Carpenter Road
Lacey, WA 98503
   Myrna Lance
   Director of Transportation
   (206) 493-9101
Total Students: 12,000
Square Miles: 74
Implemented: 1989

**Northwest Local School District**
8590 Eric Avenue North
Canal Fulton, OH 44614
   Dennis Lambes
   Superintendent
   (216) 854-2291
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Northwest School District**
4700 Poole Road
Cincinatti, OH 45251
   Larry Jones
   Transportation Supervisor
   (513) 385-8375
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

CONFIDENTIAL

**EXHIBIT A**
**Page 71 of 93**

**North York Board of Education**
15 Oakburn Crescent
North York, ON M2N 2T5
CANADA
· Bill Zumpano
  Superintendent of
  Transportation Services
  (416) 395-4409 ext. 8737
Total Students: 60,000
Square Miles: N/A
Implemented: 1981

**Norwich Central School District**
112 S. Broad Street
Norwich, NY 13815
  Leroy Burlison
  Transportation Director
  (607) 334-3211
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Oakland Unified School District**
1025 Second Avenue
Oakland, CA 94606
  Shirley Berg
  IBM Account Representative
  (415) 464-5209
Total Students: 50,000
Square Miles: N/A
Implemented: 1991

**Oceanside City Unified School District**
2111 Mission
Oceanside, CA 92054
  John Farr
  Transportation Director
  (619) 757-2560
Total Students: 16,900
Square Miles: N/A
Implemented: 1990

**Ohio State Project (MCOECN)**
7800 Columbus Road
Louisville, OH 44641
  Marshall Holmes
  Project Coordinator
  (216) 875-1431
Total Students: N/A
Square Miles: N/A
Implemented: N/A
  Districts:

| | |
|---|---|
| Anthony Wayne | Kings Local |
| Bath Local | Lake/Geanga |
| Canton | Lakeview Local |
| Clearcreek | Lakota |
| Cuyahoga Falls | Liberty Local |
| Defiance | Manchester |
| East Shore Center | Maumee Valley |
| Eaton City | Medina County |
| Elyria | Metropolitan Dayton |
| Hilliard | Metro. Ed. Council |
| Huber Heights | Middletown |
| Montgomery County | Plain Local |
| Northmont | Rocky River |
| No. Olmstead | Salem City |
| So. Euclid-Lyndhurst | Summit County |
| Springfield Local | Sycamore |
| Stark County | Trotwood-Madison |
| Stow City Schools | Twinsburg |
| Warren | Westerville |
| Pickerington | Northwest Local #1 |
| Southwestern | Northwest Local #2 |

EXHIBIT A

Page 72 of 93

**Ontario-Montclair Elementary
School District**
950 West "D" Street
Ontario, CA  91762
    Hal Shimin
    Director, Data Processing
    (714) 983-9501
Total Students: 20,900
Square Miles: 26
Implemented: 1990

**Oregon City School District #62**
1417 12th Street
Oregon City, OR  97045
    Ken Rezak
    Business Manager
    (503) 657-2400
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Osseo I.S.D. #279**
P.O. Box 327
Maple Grove, MN  55369
    Len Sutherland
    Transporation Director
    (612) 425-4131
Total Students: N/A
Square Miles: N/A
Implemented: 1991

**Ossining Public Schools**
190 Croton Avenue
Ossining, NY  10562-4599
    Fran Collins
    Supervisor of Transportation
    (914) 941-7700
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Ottawa Board of Education**
662 Lyon Street
Ottawa, ON  K1S 5G7
CANADA
    Mike Paquette
    Transportation Computer Technician
    (613) 239-2204
Total Students: 30,000
Square Miles: N/A
Implemented: 1991

**Palatine Community Consolidated
School District #15**
E. S. Castor Admin. Building
505 South Quentin Road
Palatine, IL  60067
    Bonita Williams
    Systems Analyst
    (708) 934-2770
Total Students: 9,600
Square Miles: 36
Implemented: 1988

**Palo Alto Unified School District**
25 Churchill
Palo Alto, CA  94306
    Steve Johnson
    Transportation Director
    (415) 329-3706
Total Students: 7,400
Square Miles: 75
Implemented: 1990

RECEIVED JUN 2 2 1992

CONFIDENTIAL

**EXHIBIT A**

**Page 73 of 93**

CONFIDENTIAL

*EDULOG— Complete User List*     **CONFIDENTIAL**     *Page 34*



**Paradise Unified School District**
5665 Recreation Drive
Paradise, CA 95969
    Wade Havens
    Director of Transportation
    (916) 872-6484
Total Students: 4,600
Square Miles: N/A
Implemented: 1989

**Paradise Valley Unified School District #69**
15002 North 32nd Street
Phoenix, AZ 85032
    Janette Bower
    Director of Data Processing
    (602) 867-5188
Total Students: 23,000
Square Miles: 110
Implemented: 1988

**Paramus Board of Education**
145 Spring Valley Road
Paramus, NJ 07652
    Jerome Bohnert
    Business Manager
    (201) 261-7800
Total Students: N/A
Square Miles: N/A
Implemented: 1986

**Parkway School District**
455 North Woods Mill Road
Chesterfield, MO 63017
    Alfred F. Hedrick
    Manager of Transportation
    (314) 851-8210
Total Students: 20,000
Square Miles: 68
Implemented: 1986

**Pasadena Independent School District**
1515 Cherrybrook Road
Pasadena, TX 77502
    Sandy Doolan
    Secretary to Trans. Dir.
    (713) 920-6807
Total Students: 35,000
Square Miles: N/A
Implemented: 1991

**Pasco School District #1**
1004 North 16th Avenue
Pasco, WA 99301-4098
    Zeny Myers
    Transportation Secretary
    (509) 547-2510
Total Students: 6,000
Square Miles: N/A
Implemented: 1990

**Paso Robles School District**
2910 Union Road
Paso Robles, CA 93446
    Sam Delario
    Transportation Director
    (805) 238-2623 ext. 283
Total Students: 4,000
Square Miles: 600
Implemented: 1989

**Paulding County Schools**
522 Hardee Street
Dallas, GA 30132
    Joe Watson
    Transportation Director
    (404) 443-8000
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 74 of 93**

HGN

**Pearl River School District**
37 Franklin Avenue
Pearl River, NY 10965
   Nicki Rivera
   Transportation Supervisor
   (914) 735-4091
Total Students: 2,000
Square Miles: N/A
Implemented: 1988

**Peel Board of Education**
H.J.A. Brown Education Centre
5650 Hurontario Street
Mississauga, ON  L5B 1H5
CANADA
   Ken Wilkins
   Manager of Computer Services
   (416) 890-1099
Total Students: 83,000
Square Miles: N/A
Implemented: 1988

**Pekin Public School District #108**
501 Washington Street
Pekin, IL  61554
   Guy M. Cahill
   Director of Finance/Operations
   (309) 346-7276
Total Students: 4,200
Square Miles: 100
Implemented: 1989

**Penn-Harris-Madison School Corporation**
55910 Bittersweet Road
Mishawaka, IN  46544
   Dave Rowe
   Director of Transportation
   (219) 259-7941
Total Students: 7,200
Square Miles: 150
Implemented: 1989

**Peoria Unified School District #11**
6625 West Cholla
Glendale, AZ  85345
   Bob Pickhard
   Director of Transportation
   (602) 878-5512
Total Students: 20,000
Square Miles: 100
Implemented: 1988

**Phillipsburg Board of Education**
675 Corlis Avenue
Phillipsburg, NJ  08865
   Milton Bierman ext. 291
   Business Administrator
   (201) 454-4300
Total Students: N/A
Square Miles: N/A
Implemented: 1989

**Pickerington Local School District**
777 Long Road
Pickerington, OH  43147
   David Sheets
   Transportation Director
   (614) 833-2110
Total Students: 3,800
Square Miles: N/A
Implemented: N/A

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 75 of 93**

*EDULOG—Complete User List*     CONFIDENTIAL



**Metropolitan School District of Pike Township**
6901 Zionsville Road
Indianapolis, IN 46268
　Ken Pennington
　Director of Transportation
　(317) 293-0393
Total Students: 5,500
Square Miles: N/A
Implemented: N/A

**Pine Tree Independent School District**
704 Birch
Longview, TX 75604
　Neilan Steele
　Director of Transportation and
Maintenance
　(903) 295-5106
Total Students: 4,900
Square Miles: 54
Implemented: 1992

**Plain Local School District**
901 44th Street N.W.
Canton, OH 44709
　Ron Platt
　Business Manager
　(216) 492-3500
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Plano Independent School District**
600 Seabrook
Plano, TX 75023
　Rose Ann Dukes
　Transportation Director
　(214) 517-0086
Total Students: 27,000
Square Miles: 105
Implemented: 1989

**Pleasanton Unified School District**
4665 Bernal Avenue
Pleasanton, CA 94566-7498
　Dr. Buster R. McCurtain
　Assistant Superintendent,
　Business Services
　(415) 462-5500
Total Students: 9,300
Square Miles: 50
Implemented: 1989

**Pleasants County Schools**
P.O. Box 210
St. Marys, WV 26170
　Rockie Hall
　Transportation Director, RESA V
　(304) 665-2240
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Pocatello School District #25**
3115 Pole Line Road
Pocatello, ID 83204-1390
　Jerry Scaggs
　Transportation Director
　(208) 232-3563
Total Students: N/A
Square Miles: N/A
Implemented: 1991

**Poudre School District**
2407 LaPorte Avenue
Fort Collins, CO 80521-2297
　Ron Spies
　Transportation Director
　(303) 490-3575
Total Students: 17,600
Square Miles: N/A
Implemented: 1986

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 76 of 93**


**Poway Unified School District**
13626 Twin Peaks Road
Poway, CA  92064-3098
   Tom Chaffin
   Director of Transportation
   (619) 748-7370 ext. 310
Total Students: 21,100
Square Miles: 102
Implemented: 1989

**Prince William County Public Schools**
14800 Joplin Road
Manassas, VA  22110
   Charles A. McLeod
   Supervisor, Real Property &
   Site Acquisition
   (703) 791-7312
Total Students: 40,000
Square Miles: 350
Implemented: 1989

**Quincy Public Schools #172**
121 North 20th
Quincy, IL  62301
   Chuck Radel
   Director of Transportation
   (217) 224-5910
Total Students: 7,000
Square Miles: 100
Implemented: 1990

**Racine School District**
2220 Northwestern Avenue
Racine, WI  53404
   Sharon Mack
   Director of Transportation
   (414) 631-6998
Total Students: 23,000
Square Miles: 100
Implemented: 1988

**Randolph Township Schools**
School House Road
Randolph, NJ  07869
   Harold Zofkin
   Transportation Supervisor
   (908) 361-9410
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Ravenna City School District**
507 East Main Street
Ravenna, OH  44266
   Ron snowberger
   Business Manager
   (216) 296-7159
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Redlands Unified School District**
956 Citrus Ave.
Redlands, CA  92373-0302
   Bob DeGiacomo
   Manager of Transportation
   (714) 798-3967
Total Students: 15,900
Square Miles: 125
Implemented: 1990

**Renton School District #403**
435 Main Avenue South
Renton, WA  98055
   Mary Deems
   Transportation Dispatcher
   (206) 235-5813
Total Students: 12,000
Square Miles: 35
Implemented: 1988

RECEIVED JUN 2 2 2003

**EXHIBIT A**

**Page 77 of 93**



**Resa V (8 Districts)**
1210 Thirteenth Street
Parkersburg, WV 26101
   James P. Lydon
   Executive Director
   (304) 485-6515
Total Students: N/A
Square Miles: N/A
Implemented: N/A
   Pleasants County
   Jackson County
   Roane County
   Wirt County
   Calhoun County
   Ritchie County
   Tyler County
   Wood County

**Revere Local Schools**
3496 Evertt Road
Bath, OH 44210-0340
   Peter Allison
   Business Manager
   (216) 861-8242
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Richfield I.S.D. #280**
7001 Harriet Avenue South
Richfield, MN 55423
   Joy Korte
   Transportation Specialist
   (612) 861-8242
Total Students: 4,200
Square Miles: N/A
Implemented: 1990

**River Falls School District**
805 West Locust Street
River Falls, WI 54022
   Ron Weishaar
   Supt. of Transportation
   (715) 425-1808
Total Students: 2,000
Square Miles: N/A
Implemented: 1987

**Riverside Unified School District**
3380 14th Street
Riverside, CA 92516
   Dr. Paul Houston
   Superintendent
   (714) 788-7130
Total Students: 29,500
Square Miles: 90
Implemented: 1989

**Roane County Schools**
137 East Main Street
Spencer, WV 25276
   Jim Bailey
   Transportation Director
   (304) 927-6426
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Rochester Community Schools**
380 S. Livernois
Rochester, MI 48063
   Lori Richardson
   Transportation Coordinator
   (313) 651-4040
Total Students: 11,000
Square Miles: N/A
Implemented: 1990

RECEIVED JUN 2 2 1992

CONFIDENTIAL

**EXHIBIT A**
**Page 78 of 93**

EDULOG— Complete User List        CONFIDENTIAL        *Page 39*

**Rockdale County Public Schools**
945 North Main Street
Conyers, GA 30207-4480
    Benson Plunkett
    Director of Transportation
    (404) 483-4713
Total Students: 10,000
Square Miles: N/A
Implemented: 1989

**Rockingham County School District**
1210 North Liberty Street
Harrisonburg, VA 22801
    A.J. Botkin
    Director of Transportation
    (703) 433-2458
Total Students: 9,500
Square Miles: 580
Implemented: 1991

**Rockville Center**
**Union Free School District**
Shepherd Street
Rockville Center, NY 11570
    Joe Dragone
    Data Processing Manager
    (516) 255-8809
Total Students: 3,300
Square Miles: N/A
Implemented: 1987

**Rocky River City Schools**
21600 Center Ridge Road
Rocky River, OH 44116
    R.W. Zinser
    Exec. Dir. of Personnel &
    Admin. Services
    (216) 333-6000
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Rosemount I.S.D. #196**
14445 Diamond Path
Rosemount, MN 55068-4191
    Gloria Rea
    Director of Transportation
    (612) 423-7685
Total Students: 18,000
Square Miles: 110
Implemented: 1989

**Roseville Area Schools**
1251 West County Road B2
Roseville, MN 55113
    Jan Vanderwahl
    Transportation Supervisor
    (612) 635-1600 ext. 235
Total Students: 6,500
Square Miles: N/A
Implemented: 1990

**Roslyn Union Free School District**
Harbor Hills Road
Roslyn Heights, NY 11756
    Barbara Trant
    Transportation Supervisor
    (516) 625-6324
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL        RECEIVED ... 2 2 1992

Sacramento City Unified School District
3101 Redding Avenue
Sacramento, CA 95820
    John Haycox
    Director of Transportation
    (916) 454-6705
Total Students: 49,200
Square Miles: 67
Implemented: 1990

St. Boniface School Division #4
50 Monterey Road
Winnipeg, MB R2J 1X1
    Claude B. Huot
    Transportation Supervisor
    (204) 253-2681
Total Students: N/A
Square Miles: N/A
Implemented: N/A

St. Francis I.S.D. #15
22968 Ambassador Blvd. NW
St. Francis, MN 55070
    Judy Collins
    TIES Coordinator
    (612) 753-2241
Total Students: 4,600
Square Miles: N/A
Implemented: 1990

St. Johns County School Board
30 Crookshank Drive
St. Augustine, FL 32084
    Duanne Fisher
    Dir. of Transportation
    (904) 829-0607
Total Students: N/A
Square Miles: N/A
Implemented: N/A

St. Vrain School District (Longmont)
395 South Pratt Parkway
Longmont, CO 80501
    James D. Allen ext. 253
    Supervisor of Transportation
    (303) 776-6200
Total Students: 15,000
Square Miles: N/A
Implemented: 1987

Salden Bus Service (Chaska)
402 6th Street West
Chaska, MN 55318
    Ed Salden
    Vice President
    (612) 448-2696
Total Students: 4,000
Square Miles: N/A
Implemented: 1990

Salem City School District
402 6th Street West
Salem, OH 44460
    Fred Jones
    Dir. of Transportation
    (216) 332-0316
Total Students: N/A
Square Miles: N/A
Implemented: N/A

San Bernardino County Schools
601 North "B" Street
San Bernardino, CA 92410-3093
    Janice Noreen
    Program Manager for
    Transportation Facilities
    (714) 387-4333
Total Students: 5,000
Square Miles: 24,000
Implemented: 1988

RECEIVED ---- 2 2 1992

CONFIDENTIAL

EXHIBIT A
Page 80 of 93

EDULOG – Complete User List  CONFIDENTIAL  Page 41

**Sandy Valley Local School District**
Route 2
Magnolia, OH 44643
  William Dieringer
  Superintendent
  (216) 866-3339
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**San Jose Unified School District**
1605 Park Avenue
San Jose, CA 95126
  Dee Presley
  Director of Transportation
  (408) 998-6186
Total Students: 28,900
Square Miles: N/A
Implemented: 1986

**San Luis Coastal Unified School District**
1499 San Luis Drive
San Luis Obispo, CA 93405-8124
  Alan Fillmore
  Data Processing Specialist
  (805) 543-2010 ext. 1216
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**San Mateo City School District**
300 28th Avenue
San Mateo, CA 94403
  Richard J. Dameliao
  Superintendent
  (415) 312-7777
Total Students: 8,800
Square Miles: 85
Implemented: 1990

**Santa Ana Unified School District**
1405 French Street
Santa Ana, CA 92701-2499
  Dr. Anthony Dalessi
  Assistant Superintendent,
  Support Services
  (714) 558-5578
Total Students: 44,400
Square Miles: N/A
Implemented: 1990

**Santa Clara Unified School District**
P.O. Box 397 1889 Lawrence Road
Santa Clara, CA 95052
  Linda Ferreira
  Transportation Manager
  (408) 983-2063
Total Students: 12,400
Square Miles: 33
Implemented: 1988

**Saugus Union Elementary School District**
22211 West Newhall Ranch Road
Saugus, CA 91350
  George Gilbert
  Director of Transportation
  (805) 297-8800 ext. 36
Total Students: 5,500
Square Miles: N/A
Implemented: 1990

**Scottsdale Unified School District**
9288 East San Salvador
Scottsdale, AZ 85258
  Hal Dibler
  Director of Transportation
  (602) 852-2443
Total Students: 20,000
Square Miles: N/A
Implemented: 1990

CONFIDENTIAL

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 81 of 93**

95

**Seminole County School Board**
1211 Mellonville Avenue
Sanford, FL 32771
　　Randy Johns
　　Director of Data Processing
　　(407) 322-1252 ext. 310
Total Students: 45,000
Square Miles: N/A
Implemented: 1990

**Shaler Area School District**
1800 Mt. Royal Blvd.
Glenshaw, PA 15116
　　Lois Condie
　　Transportation Supervisor
　　(412) 492-1210
Total Students: 6,500
Square Miles: N/A
Implemented: N/A

**Sheboygan Area School District**
c/o Longfellow Elementary
1315 South 9th Street
Sheboygan, WI 53081
　　Bill Walter
　　Transportation Coordinator
　　(414) 459-3581
Total Students: 8,700
Square Miles: 100
Implemented: 1990

**Sheffield-Sheffield Lake City**
1824 Harris Road
Sheffield, OH 44054
　　Dr. Donald Chiavetta
　　Superintendent
　　(216) 949-4202
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Sioux Falls School District #49-5**
201 East 38th Street
Sioux Falls, SD 57117
　　Jerry Mayer
　　Coordinator of Student Services
　　(605) 331-7900
Total Students: 15,100
Square Miles: N/A
Implemented: 1991

**Smithtown Central School District**
26 New York Avenue
Smithtown, NY 11787
　　George Kerst
　　Transportation Supervisor
　　(516) 361-2667
Total Students: N/A
Square Miles: N/A
Implemented: 1989

**South Brunswick School District**
1 Executive Drive
Monmouth, NJ 08852
　　Sandra Kowalsky
　　Transportation Coordinator
　　(908) 297-7800
Total Students: 4,100
Square Miles: N/A
Implemented: 1988

**South Euclid-Lyndhurst**
5044 Mayfield Road
Lyndhurst, OH 44124
　　Stan Kohn
　　Transportation Director
　　(216) 691-2000
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL

RECEIVED JUN 2 2 1992

CONFIDENTIAL

*HQW*

**South Orangetown Central School District**
Tappan Zee High School
Dutch Hill Road
Orangeburg, NY 10962
   Nicki Rivera
   Transportation Director
   (914) 359-3638
Total Students: 4,000
Square Miles: 14
Implemented: 1991

**South Putnam Community School Corporation**
Rural Route 2 Box 134
Greencastle, IN 46135
   Tom Grooms
   Director of Transportation
   (317) 653-4736
Total Students: 1,300
Square Miles: 144
Implemented: 1988

**Metropolitan School District of Southwest Allen County**
4814 Homestead Road
Ft. Wayne, IN 46804
   Nancy Kuker
   Director of Transportation
   (219) 434-2423
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Southwestern City School District**
3427 Southwest Boulevard
Grove City, OH 43123
   Mike Cahill
   Director of Transportation
   (614) 875-2318 ext. 370
Total Students: 17,000
Square Miles: 129
Implemented: 1989

**Southwest Licking Local School District**
195 North 5th Street
Kirkersville, OH 43033
   Alice Swartz
   Transportation
   (614) 927-3941
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Spartanburg School District #5**
100 N. Danzler
Duncan, SC 29334
   Sid Crumpton
   Asst. Superintendent
   (803) 439-6326
Total Students: 5,100
Square Miles: N/A
Implemented: 1991

**Spring Grove Area School District**
RD #4 Box 4621
Spring Grove, PA 17362
   Carol Hersh
   Transportation Coordinator
   (717) 225-4758
Total Students: 4,000
Square Miles: 97
Implemented: 1991

RECEIVED JUL 2 2 1992

**EXHIBIT A**

**Page 83 of 93**

HON

**Spring Independent School District**
Transportation Department
24037 Hardy Road
Spring, TX 77373
   Marcia Edge
   Director of Transportation
   (713) 353-2332
Total Students: 17,000
Square Miles: 35
Implemented: 1990

**Springboro Community Schools**
(Clearcreek Local School District)
705 South Main Street
Springboro, OH 45066
   George Mourouzis
   Director of Operations & Maintenance
   (513) 748-3955
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Springfield, City of**
225 Fifth Street
Springfield, OR 97477
   Leitha Zeller
   Computer Applications Specialist
   (503) 726-3614
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Springfield Local School District**
6900 Hall Street
Holland, OH 43528
   Robert Moellenberg
   Treasurer
   (419) 866-2400
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Springfield Public Schools**
195 State Street
Springfield, MA 01103
   Peter Hogan
   Director of Transportation
   (413) 787-7153
Total Students: 23,000
Square Miles: N/A
Implemented: 1990

**Stillwater I.S.D. #834**
1875 South Greeley Street
Stillwater, MN 55082
   Mike Brabender
   Transportation
   (612) 439-7877
Total Students: 8,000
Square Miles: N/A
Implemented: 1990

**Stow City Schools**
1819 Graham Road
Stow, OH 44224
   Michael Workman
   Transportation Supervisor
   (216) 673-6550
Total Students: N/A
Square Miles: N/A
Implemented: 1989

RECEIVED JUN 2 2 199

CONFIDENTIAL

**EXHIBIT A**
**Page 84 of 93**

*EDULOG—Complete User List*     **CONFIDENTIAL**         Henu

**Strathcona County Board of Education**
2001 Sherwood Drive
Sherwood Park, AB  T8A 3W7
CANADA
  Ralph Schienbein
  Director of Planning & Data Services
  (403) 464-8111
Total Students: 12,000
Square Miles: N/A
Implemented: 1987

**Strongsville City Schools**
13200 Pearl Road
Strongsville, OH  44136
  Patsy Edwards
  Data Processing Supervisor
  (216) 238-2650 ext. 240
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Sugarcreek Local Schools**
60 E. South Street
Bellbrook, OH  45305
  Steve Fryburg
  Transportation Coor.
  (513) 848-4029
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Sumner County Schools**
225 East Main Street
Gallatin, TN  37066
  Larry Riggsbee
  Director of Pupil Transportation
  (615) 451-5200
Total Students: 19,600
Square Miles: N/A
Implemented: 1991

**Sycamore Community School District**
4881 Cooper Road
Cincinnati, OH  45242
  Melissa Shea
  Systems Manager
  (513) 791-4848
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Tacoma Public Schools**
4002 South Cedar Street
Tacoma, WA  98401-1357
  Larry Skinner
  Director of Transportation
  (206) 596-1855
Total Students: 29,000
Square Miles: N/A
Implemented: 1989

**Thompson School District R2-J**
535 Douglas Avenue
Loveland, CO  80537
  Jim Atwood
  Planning Department
  (303) 669-3940
Total Students: 11,800
Square Miles: N/A
Implemented: 1986

**TIES Training Center**
1925 West County Road B2
Roseville, MN  55113
  Janet Hennekens
  Services Supervisor
  (612) 638-2307
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL

**EXHIBIT A**
**Page 85 of 93**



*EDULOG— Complete User List*         CONFIDENTIAL

**Tippecanoe School Corporation**
21 Elston Road
Lafayette, IN  47905
  Phillip Mugg
  Director of Transportation
  (317) 474-3443
Total Students: 7,700
Square Miles: N/A
Implemented: 1988

**Trotwood-Madison City Schools**
444 South Broadway
Trotwood, OH 45426
  Phillip Mugg
  Dir. of Transportatin
  (513) 854-3050
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Tucson Unified School District**
1010 East 10th Street
Tucson, AZ  85717-0400
  Bill Ball
  Operations Supervisor
  of Transportation
  (602) 628-2360 ext. 054
Total Students: 52,000
Square Miles: N/A
Implemented: 1989

**Tupelo Public School District**
201 South Green Street
Tupelo, MS  38801
  Dr. Derwood Tutor
  Assistant Superintendent
  (601) 841-8858
Total Students: 6,000
Square Miles: N/A
Implemented: 1991

**Twinsburg City Schools**
10270 Ravenna Road
Twinsburg, OH  44087
  Linda Baker
  Purchasing Agent
  (216) 425-7116
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Vestal Central School District**
201 Main Street
Vestal, NY  13850
  Roger Warren
  Transportation Supervisor
  (607) 757-2270
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Walled Lake Consolidated Schools**
615 North Pontiac Trail
Walled Lake, MI  48390
  Barb Swidler
  Information Services Supervisor
  (313) 669-1005
Total Students: 9,300
Square Miles: 56
Implemented: 1990

**Warren City Schools**
261 Monroe Street Northwest
Warren, OH  44482
  (216) 841-2265
  Transportation Supervisor
  (216) 841-2265
Total Students: N/A
Square Miles: N/A
Implemented: N/A

RECEIVED ---- 2 2 1992

CONFIDENTIAL

**EXHIBIT A**
**Page 86 of 93**

100

*EDULOG — Complete User List*          *CONFIDENTIAL*                    Page 47    HQV

**Warren Consolidated Schools**
31950 Mound Road
Warren, MI 48092
  John Roeck
  Director of Transportation
  (313) 825-2960
Total Students: 15,400
Square Miles: 32
Implemented: 1990

**Metropolitan School District
of Warren Township**
9301 E. 18th Street
Indianapolis, IN 46229
  David M. McCullough
  Director of Transportation
  (317) 899-6879
Total Students: 10,000
Square Miles: 32
Implemented: 1989

**Washington County Education
Service District**
17705 NW Springville Road
Portland, OR 97229
  Gregory Thomas
  Information Service Coor.
  (503) 690-5411
Total Students: 41,000
Square Miles: N/A
Implemented: N/A

**Washington Local School District**
3505 West Lincolnshire Blvd.
Toledo, OH 43606
  Mark Rule
  Transportation Department
  (419) 475-8153
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Washington State** Energy Office
809 Legion Way S
Olympia, WA 98
  Jeff James
  Energy Resou    Specialist
  (206) 586-503
Total Students: N
Square Miles: N
Implemented: N

**Waterloo Comm  ty Schools**
1516 Washingto  treet
Waterloo, IA 5  2
  Sharon Dro
  Project Supe  sor
  (319) 291-4
Total Students:  000
Square Miles:
Implemented:  9

**Waterloo Coun  Board of Education**
51 Ardelt Ave
Kitchener, ON   2G 3X5
CANADA
  Kathy Uln
  Superinten  nt, Systems and Programs
  (519) 742-  1
Total Student  5,000
Square Miles    A
Implemented  89

**Wayne Town  p Metropolitan School
District**
4205 West M   is
Indianapolis,   46241
  Joyce We
  Director  Transportation
  (317) 24  761
Total Stude   12,000
Square Mile   6
Implemente  1991

RECEIVED JUN 2 2 1992

**EXHIBIT A**
**Page 87 of 93**

CONFIDENTIAL

HⱣN

**Weatherford Independent School District**
118 North Denton
Weatherford, TX 76086
   Bob Lee
   Assistant Superintendent
   (817) 598-2803
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Weld County School District #6 (Greeley)**
811 15th Street
Greeley, CO 80631
   Gary Steward
   Computer Systems Coordinator
   (303) 353-5444 ext. 150
Total Students: 11,300
Square Miles: N/A
Implemented: 1986

**West Babylon Union Free School District**
10 Fermingdale Road
West Babylon, NY 11704
   Michael Schoenberg
   Dir. of Transportation
   (516) 321-3076
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**West Baton Rouge Parish School District**
670 Rosedale Road
Port Allen, LA 70767
   Greg Grimes
   Director of Transportation
   (504) 343-8343 or 8344
Total Students: 5,000
Square Miles: 150
Implemented: 1990

**West Bloomfield Public Schools**
3250 Commerce Road
Pontiac, MI 48033
   Bruce Schjelin
   Transportation Director
   (313) 682-1554
Total Students: 4,600
Square Miles: 20
Implemented: 1991

**Westerville City Schools**
336 South Otterbien
Westerville, OH 43081
   Dr. Dick Miller
   Deputy Supt. for Business
   (614) 895-6080
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Wheaton-Warrenville Public Schools (Community School District #200)**
130 West Park Avenue
Wheaton, IL 60187-6456
   Sherry Groset
   Computer Technician
   (708) 682-2189
Total Students: 12,000
Square Miles: 26
Implemented: 1988

**"Wheeling" Ohio County Schools**
2203 National Road
Wheeling, WV 26003
   Jesse Burris
   Dir. of Transportation
   (304) 243-0300
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL

RECEIVED JUN 2 2 1992

**EXHIBIT A**

**Page 88 of 93**

**White River School District #416**
240 North "A" Street
Buckley, WA 98321
    Earl Storm
    Transportation Supervisor
    (206) 829-0600
Total Students: 3,000
Square Miles: N/A
Implemented: 1990

**Wichita Public Schools**
3850 North Hydraulic
Wichita, KS 67219
    Lorna A. Rust
    Supervisor, Transportation Services
    (316) 833-2190
Total Students: 80,000
Square Miles: 155
Implemented: 1991

**Windham Public Schools**
322 Prospect Street
Willimatic, CT 06226
    Carl LaMar
    Business Adminstrator
    (203) 423-8401
Total Students: 2,000
Square Miles: N/A
Implemented: 1989

**Wirt County Schools**
793 Mulberry Street
Elizabeth, WV 26143
    Doug Hill
    Dir. of Transportation
    (304) 275-4279
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Wyandanch Union Free School District**
Straight Path School
Wyandanch, NY 11798
    Leo Hardy
    Transportation Supervisor
    (516) 491-1058
Total Students: N/A
Square Miles: N/A
Implemented: N/A

**Xenia City Schools**
578 East Market Street
Xenia, OH 45385
    James Smith
    Coordinator of Pupil Services
    (513) 376-2961
Total Students: 10,000
Square Miles: 127
Implemented: 1989

CONFIDENTIAL

RECEIVED JUL 2 2 1992

**EXHIBIT A**
**Page 89 of 93**

EDULOG—Complete User List          CONFIDENTIAL                    Page 50 

Youngstown City School District
20 West Wood Street
Younstown, OH 44503
Bill Volosin
    Assistant Business Manager
    (216) 744-6909
Total Students: N/A
Square Miles: N/A
Implemented: N/A

CONFIDENTIAL

RECEIVED JUN 2 2 1992

EXHIBIT A
Page 90 of 93

*EDULOG—Complete User List*  CONFIDENTIAL

**Durham Transportation, Inc.**
17878 Castleton Street
Industry, CA 91748
**Dave Delamotte**
    Vice President,
    Corporate Development
    (818) 854-1590
755 Peralta
San Leandro, CA 94577
**Eric Ordway**
    General Manager
    (510) 562-0803

CONFIDENTIAL

**EXHIBIT A**
**Page 91 of 93**

## SCHEDULE D

### Escrow Agreement

## SCHEDULE B

### First Right of Refusal Agreement



This announcement is not for release, publication or distribution, directly or indirectly, in or into the United States, Canada, South Africa, Australia, Japan or any jurisdiction in which the same would be unlawful. This announcement is not an offer of securities in the United States, Canada, South Africa, Australia, Japan or any jurisdiction in which the same would be unlawful.

FirstGroup plc
9 February 2007

FirstGroup plc ("FirstGroup" or the "Company")

Acquisition of Laidlaw International, Inc.

The board of directors of FirstGroup (the "Board") today announces that FirstGroup has signed an agreement (the "Acquisition Agreement") for the acquisition of Laidlaw International, Inc. ("Laidlaw") (the "Acquisition") for $35.25 per ordinary share of Laidlaw in cash, equivalent to a total consideration of $3.6 billion (£1.9 billion) including the refinancing of Laidlaw's existing debt. Upon completion, the Acquisition will create North America's leading transport services company. The Acquisition has been unanimously recommended by the boards of both companies.

The acquisition price of $35.25 per ordinary share of Laidlaw represents a premium of 11 per cent. to the closing price of an ordinary share of Laidlaw of $31.72 on 8 February 2007 the last business day before this announcement and the total consideration of $3.6 billion represents a multiple of 7.7 times the EBITDA of Laidlaw for the financial year ended August 2006 of $466.3 million.

The Board believes that there are significant strategic and financial benefits to be gained from the acquisition of Laidlaw in terms of scale, product offering and position in the North American transport market, as well as an opportunity to create value through synergies.

Specifically, the Board expects that the Acquisition will:

- enable FirstGroup to develop further its position in North America, consistent with FirstGroup's strategy of growing the earnings of the business, inter alia, by selective acquisition
- provide a strong platform for FirstGroup to derive further economies of scale and offer consistent standards of quality and service to customers in both the public and private sector in North America
- generate approximately $70 million of annualised pre-tax cost savings in the first full financial year following its completion
- be earnings enhancing in the first full financial year following its completion

The cash consideration for the Acquisition (including the repayment of existing debt of Laidlaw) of $3.6 billion (£1.9 billion) will be satisfied through a combination of debt and equity finance. The debt portion will be financed from new committed bank debt facilities of $3.75 billion (£2.0 billion). The equity portion of approximately $750 million, which is supported by an equity bridge

1

EXHIBIT

2

facility of that amount, will be financed from a placing of new ordinary shares to raise approximately £200 million announced separately today and a subsequent equity issue of approximately £175 million which is expected to take place shortly after completion of the Acquisition.

The Acquisition is conditional upon, amongst other things, the approval of the shareholders of both FirstGroup and Laidlaw and receipt of necessary anti-trust approvals in the US.

Further details regarding the Acquisition and Laidlaw are set out in the full text of the announcement of which this summary forms part.

Martin Gilbert, Chairman of FirstGroup, commented:
"This acquisition marks an important new phase in the development of the group's business. As a consequence of the strengthening of our North American activities, we will create additional value for our shareholders."

Moir Lockhead, Chief Executive of FirstGroup, added:
"FirstGroup's acquisition of Laidlaw will considerably enhance the group's existing activities in North America, which themselves have grown strongly since we first invested in the US in 1999. The improved earnings and strong cashflows arising from the acquisition will strengthen the Group's position. FirstGroup aims to be the leader in delivering safe, reliable, innovative and sustainable transport services. We look forward to welcoming our new colleagues in North America to the Group and working with them to integrate the businesses. Laidlaw is an established, well run company that shares our commitment to safety and delivering high quality services to the customers and the communities we serve."

Kevin Benson, President and Chief Executive Officer of Laidlaw added:
"This transaction represents an excellent opportunity for our employees and stockholders. The combination of Laidlaw and FirstGroup will bring together two well-known brands and two well-respected companies that share a very strong focus on employee and customer satisfaction. I am delighted to recommend this transaction to our stockholders."

*An analyst meeting to discuss the Acquisition will be held at 9.00am GMT today at the offices of JPMorgan Cazenove, 20 Moorgate, London, EC2R 6DA. An interview with Moir Lockhead, Chief Executive of FirstGroup plc, can be seen at www.firstgroup.com and www.cantos.com.*

**ENQUIRIES:**

| | | |
|---|---|---|
| **FirstGroup** | | |
| Moir Lockhead, Chief Executive | Tel: | +44 (0) 207 291 0505 |
| Dean Finch, Finance Director | Tel: | +44 (0) 207 291 0512 |
| Rachael Borthwick, Corporate Communications Director | Tel: | +44 (0) 207 291 0508 |
| | | |
| **JPMorgan Cazenove** | Tel: | +44 (0) 207 588 2828 |

2

109

*(Financial advisers & broker to FirstGroup)*
Ian Hannam
Malcolm Moir
Edward Banks

**Tricorn Partners**                    Tel:      +44 (0) 207 823 0888
*(Financial advisers to FirstGroup)*
Justin Dowley

**UBS**
*(Broker to FirstGroup)*
Robert Jennings                         Tel:      +44 (0) 20 7568 2809
Christopher Smith                       Tel:      +44 (0) 20 7568 4389

**Brunswick**                           Tel:      +44 (0) 207 404 5959
*(PR for FirstGroup)*
Giles Croot
Craig Breheny

**Laidlaw**                             Tel:      +1 630 848 3120
Kevin Benson, Chief Executive Officer
Sarah Lewensohn, Director, Investor Relations

**Morgan Stanley**
*(Financial advisers to Laidlaw)*
William Strong                          Tel:      +1 312 706 4400
Frank Oelerich                          Tel:      +1 312 706 4444

JPMorgan Cazenove Limited ("JPMorgan Cazenove"), which is authorised and regulated in the United Kingdom by the Financial Services Authority, is acting exclusively as financial adviser and corporate broker for FirstGroup and no one else in connection with the Acquisition and will not be responsible to anyone other than FirstGroup for providing the protections afforded to its clients or for providing advice in relation to the Acquisition or in relation to the contents of this announcement, or for any other transaction, arrangement or matters referred to in this announcement.

Tricorn Partners ("Tricorn"), which is authorised and regulated in the United Kingdom by the Financial Services Authority, is acting exclusively as financial adviser for FirstGroup and no one else in connection with the Acquisition and will not be responsible to anyone other than FirstGroup for providing the protections afforded to its clients or for providing advice in relation to the Acquisition or in relation to the contents of this announcement, or for any other transaction, arrangement or matters referred to in this announcement.

3

UBS Limited ("UBS") is acting exclusively as corporate broker for FirstGroup and no one else in connection with the Acquisition and will not be responsible to anyone other than FirstGroup for providing the protections afforded to its clients or for providing advice in relation to the Acquisition or in relation to the contents of this announcement, or for any other transaction, arrangement or matters referred to in this announcement.

Morgan Stanley & Co. Inc. ("Morgan Stanley") is acting exclusively as financial adviser to Laidlaw and no one else in connection with the Acquisition and will not be responsible to anyone other than Laidlaw for providing the protections afforded to its clients or for providing advice in relation to the Acquisition or in relation to the contents of this announcement, or for any other transaction, arrangement or matters referred to in this announcement.

Certain statements in this announcement are forward-looking statements. Such statements speak only as at the date of this announcement, are based on current expectations and beliefs and, by their nature, are subject to a number of known and unknown risks and uncertainties that could cause actual results and performance to differ materially from any expected future results or performance expressed or implied by the forward-looking statement. The information contained in this announcement is subject to change without notice and neither FirstGroup, JPMorgan Cazenove, Tricorn, UBS nor Morgan Stanley assumes any responsibility or obligation to update publicly or review any of the forward-looking statements contained herein.

No statement in this announcement is intended to be a profit forecast or to imply that the earnings of FirstGroup for the current year or future years will necessarily match or exceed the historical or published earnings of FirstGroup or Laidlaw.

4

FirstGroup plc ("FirstGroup" or the "Company")

Acquisition of Laidlaw International, Inc.

1.    **Introduction**

The Board today announces that FirstGroup has signed an Acquisition Agreement for the acquisition of Laidlaw, the leading operator of school and inter-city bus transportation and a supplier of public transit services in North America. Under the terms of the Acquisition Agreement, FirstGroup will pay consideration of $35.25 per ordinary share of Laidlaw in cash, equivalent to a total consideration of approximately $3.6 billion (£1.9 billion) including the refinancing of Laidlaw's existing debt.

2.    **Information on Laidlaw**

Laidlaw is the leading operator of school and inter-city bus transportation and a supplier of public transit services in North America. Laidlaw group businesses operate recognised brands, including Laidlaw Education Services, Greyhound Lines and Greyhound Canada ("Greyhound"), and Laidlaw Transit. Laidlaw's shares trade on the New York Stock Exchange.

For the financial year ended 31 August 2006, Laidlaw had revenues of $3.1 billion (£1.6 billion) and operating profit of $250.5 million (£132 million). As at 31 August 2006 Laidlaw had gross assets of $3.0 billion (£1.6 billion).

Laidlaw operates in three reportable business segments that provide transportation services in the United States (approximately 84% of revenue) and Canada (approximately 16% of revenue):

(i)     Education Services (approximately 50% of revenue);

(ii)    Greyhound (approximately 40% of revenue); and

(iii)   Public Transit (approximately 10% of revenue).

The Education Services segment ("Education Services") provides school bus transportation, including scheduled home-to-school, extra-curricular and charter and transit school bus services, throughout the United States and Canada. Greyhound, a national provider of inter-city bus transportation in the United States and Canada, provides scheduled passenger service, package delivery service and charter bus services. The Public Transit segment ("Public Transit") provides fixed-route municipal bus services and paratransit bus transportation for riders with restricted mobility. For the year ended 31 August 2006, approximately 84% and 83% of Laidlaw's revenues and EBITDA, respectively, were generated in the United States, with the remaining 16% and 17% generated in Canada.

(i)     Education Services

5

Laidlaw's Education Services segment is the leading independent school bus operator in North America. The segment operates in 37 states in the United States and 6 provinces in Canada. Headquartered in the Chicago suburb of Naperville, Education Services operates school buses and special education vehicles, primarily under the name Laidlaw Education Services in North America.

The Education Services business is composed of three core activities (home-to-school, extra-curricular and charter & transit) as well as the non-core activities of equipment leasing, logistical support, maintenance agreements and other support services.

Education Services has contracts with more than 1,000 school boards and districts in North America. Education Services has approximately 450 operating locations in Canada and the United States, providing transportation for approximately 2 million students each school day. The fleet consists of approximately 41,000 buses. For the twelve months ended 31 August 2006, Education Services generated $1.58 billion in revenues and $294.5 million in EBITDA.

(ii)  Greyhound
Greyhound is the only national provider of scheduled inter-city bus transportation services in the United States and Canada. Greyhound's operations are headquartered in Dallas, Texas. Greyhound serves the value-oriented customer by offering scheduled passenger services to approximately 2,400 destinations throughout the United States and Canada, carrying approximately 24 million passengers annually. Greyhound also provides package express services and charter bus services. For the twelve months ended 31 August 2006, Greyhound generated $1.24 billion in revenue and $152.1 million in EBITDA.

(iii)  Public Transit
Laidlaw's Public Transit business is a leading private provider of municipal public transportation services in North America, specialising in paratransit (transportation for mobility-challenged individuals) and fixed-route (municipal transit) contract services. Headquartered in Overland Park, Kansas, the segment operates under the name Laidlaw Transit Services. Laidlaw Transit Services also operates under the name SafeRide Services in Phoenix, Arizona. Revenue is mainly driven by contracts with regional and municipal transit authorities. As of 31 August 2006, Public Transit had nearly 130 municipal transit and paratransit contracts, involving 40 million passengers carried annually, and a fleet of approximately 3,400 vehicles, approximately 71% of which are client owned. For the twelve months ended 31 August 2006, Public Transit generated $308.2 million in revenues and $19.7 million in EBITDA.

Public Transit operates at approximately 88 locations in 23 states and transports more than 40 million passengers per year.

3.    Background to and reasons for the Acquisition

FirstGroup's strategy is to maintain and develop its role as a leading global transport provider. It has pursued, for some years, a strategy of improving shareholder returns through organic growth and by selective acquisitions in the UK and North America. The Acquisition is consistent with this

6

strategy and is expected to be earnings enhancing in the first full financial year following completion.

### a) Background

In 1999, as part of its strategy to develop profitably its business outside the UK, FirstGroup acquired the US based Ryder Public Transportation Services, Inc. ("Ryder"), a business primarily involved in student transportation but also involved in transit contracting and management and fleet maintenance and ancillary services. This represented FirstGroup's first large US investment.

FirstGroup has successfully integrated Ryder, and grown its business in North America (both organically and by acquisition) from a turnover of $683 million, in its first full financial year of operations, to a business which reported turnover of $1,476 million in the year ended 31 March 2006, and which has continued to grow since then. Over the period since 1999 FirstGroup has built a very experienced US management team.

The US school bus market is highly fragmented, with bus services predominantly run by school boards. The Board estimates that of the 500,000 school buses in North America, approximately 350,000 are in the public sector and are still the direct responsibility of, and are operated by, the school district authorities.

FirstGroup's involvement in the US transit market consists largely of "Fixed Route" contracts to operate and manage urban bus services on behalf of state transit authorities and "Paratransit" services contracts to provide transport for passengers with restricted mobility and manage call centre operations for these services. The combined Fixed Route and Paratransit markets are estimated to be worth approximately $15 billion, of which some $13 billion is in the public sector and some $2 billion in the outsourced private sector.

### b) Strategic rationale

The Board believes that, in bringing together FirstGroup and Laidlaw, it will create a stronger, more robust business, in what is still a fragmented market, that is capable of growing its earnings through improved operating efficiencies and the extraction of substantial synergies. The enlarged group will be able to improve its margin whilst being significantly cash generative.

More specifically, FirstGroup is familiar with the school bus and transit markets in which Laidlaw operates and has followed Laidlaw in an acquisition context for over two years. The Board of FirstGroup views the business as extremely attractive and will bring to FirstGroup:

1) Proven operations with respected management;
2) Diversified contract-backed revenues with over 1,400 contracts;
3) Established and tightly controlled cost base;
4) Healthy, organic growth opportunities; and
5) Strong cash generation, enabling the group to reduce leverage quickly.

7

The Acquisition will be transformational in terms of developing FirstGroup's position in the North American transportation market. The combined business will employ over 98,000 staff in North America.

In the North American school bus market, the lower cost base will enable the enlarged group to bid for contracts more effectively and the Board of FirstGroup believes that its enhanced service offering will benefit both the customers and the Company. It will also give FirstGroup the opportunity to work more effectively with those school districts which continue to run their own buses, by offering them a greater range of services bringing more operational and cost efficiencies. The combined business will operate approximately 63,000 school buses in the US and Canada. It will employ over 71,000 staff in North America.

Since the acquisition of Ryder, FirstGroup has grown strongly in the transit contracting and management markets. FirstGroup's transit business has successfully expanded in the higher margin, faster growing call centre, paratransit, logistics consultancy and public/private shuttle bus markets. The Acquisition will provide a strong platform for FirstGroup to offer further economies of scale and importantly consistent standards of quality and service to its customers in both the public and private sector. The combined business will employ over 12,000 staff in the US and Canada.

FirstGroup considers Greyhound to be an attractive business with exciting growth prospects and strong brand. Greyhound has a well-respected management team, who have re-shaped the business in the last two years through network rationalisation. Greyhound is the only national provider of scheduled intercity bus services in the US and Canada, employing over 11,000 staff, and is a credible competitor to many other forms of mid to long distance transport. FirstGroup's management believes there is further scope to enhance revenues through yield management systems, improved revenue collection and optimisation. In addition, FirstGroup believes that Greyhound's marketing offering is relatively under-developed and as a consequence there is significant scope to drive revenue growth, for example from longer term bookings.

However, Greyhound is a less obvious strategic fit with the rest of FirstGroup's current business. The Board of FirstGroup will therefore be carrying out a strategic review of Greyhound.

### c) Financial effects of the acquisition

The Acquisition will bring significant savings in both operating costs and capital expenditure. FirstGroup estimates annual cost synergies to be approximately $70 million in the first full financial year of ownership. The savings will be achieved through:

1) rationalisation of the network and removal of overlapping operations;
2) removal of excess spare fleet;
3) reduction in equipment stock, such as spares;
4) sale of excess owned properties;
5) purchasing improvements;
6) reduced insurance costs; and

8