IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDUCATION LOGISTICS, INC.** | § | |
| a Montana Corporation, and | § | |
| **LOGISTICS MANAGEMENT, INC.** | § | |
| a Washington Corporation, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-MC-36-L** |
| | § | |
| **LAIDLAW TRANSIT, INC.** a Delaware corporation, | § | |
| Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| **TYLER TECHNOLOGIES, INC.,** | § | |
| Respondent. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiffs' Emergency Motion to Compel Document Production**, filed **March 8, 2011**, is hereby **referred** to United States Magistrate Judge **Jeff Kaplan** for hearing, if necessary, and determination.  This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution.  All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

**It is so ordered** this 9th day of March, 2011.

*[signature: Sam A. Lindsay]*
Sam A. Lindsay
United States District Judge

**Order of Reference - Solo Page**