IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDUCATION LOGISTICS, INC., a Montana corporation, and LOGISTICS MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LAIDLAW TRANSIT, INC., a Delaware corporation<br><br>Defendant,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Respondent. | MISC. ACTION NO. 3-11-MC-036-L-BD<br><br>(Civil Action No. 07-06-M-DWM pending in: District of Montana, Missoula Division)<br><br>AGREED MOTION FOR AMENDED PROTECTIVE ORDER |

In accordance with the Federal Rules of Civil Procedure, Plaintiffs Education Logistics, Inc. and Logistics Management, Inc. and Respondent Tyler Technologies, Inc. jointly request that the Court enter the attached agreed amended protective order, and respectfully show the Court as follows:

1.  On March 23, 2011, the Court entered the protective order agreed to by Plaintiffs and Respondent regarding documents produced by Tyler Technologies, Inc. in response to Plaintiffs' subpoena.

2.  Plaintiffs and Respondent have agreed to amend the terms of the protective order and request that the Court enter the amended protective order attached as Exhibit A.

## CERTIFICATE OF CONFERENCE

This will certify that there is no objection to the relief sought and that Respondent agrees to the entry of this Agreed Protective Order.

Respectfully submitted,

Stephen C. Schoettmer
State Bar No. 16551420

Kim McCrea
State Bar No. 24041434

THOMPSON & KNIGHT L.L.P.
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEYS FOR PLAINTIFFS
EDUCATION LOGISTICS, INC. AND
LOGISTICS MANAGEMENT, INC.**

AGREED,

Andrew B. Russell
State Bar No. 24034661

Blake Edwards
State Bar No. 24050553

K&L GATES
1717 Main Street, Suite 2800
Dallas, Texas 75201
Phone: (214) 939-5500
Fax: (214) 939-5849

**ATTORNEYS FOR RESPONDENT
TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document has been served on all counsel of record on this the 6 day of July, 2011 through the CM/ECF system.

_____
Kim McCrea